# EXHIBIT 1

## Declaration of Michael A. Blubaugh

## DECLARATION OF MICHAEL A. BLUBAUGH

I declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

My name is Michael A. Blubaugh. I am an owner and member of HEB Technologies, LLC ("HEB"), a private company based in Fort Worth, Texas. As such, I am a control person of HEB.

Lucy Singleton worked for HEB from approximately 1997 until June 2012. Sometime after her departure from HEB, I learned that Ms. Singleton took, without authorization, certain property that belongs to HEB. That property is believed to include a laptop computer, desktop computer, and electronic images of HEB business data.

I have known or at least suspected that Ms. Singleton took this property for some time. However, I recently learned that she has been taking other actions, since her departure from HEB that I believe are detrimental to the interests of myself and the other members of HEB.

As a result of these recent discoveries and Ms. Singleton's apparent theft, I called Ms. Singleton personally, before contacting the Police Department, and spoke to her on at least two occasions. In the first of those calls, I asked that she simply return the items to HEB. Ms. Singleton stated that she wanted to talk to her attorney before responding. She later called back and told me that she could not give me any additional information.

Only after she declined to return the HEB items, and after extensive thought, did I contact the Fort Worth Police Department and present a complaint in March 2013. I also discussed this complaint with an investigator from the Police Department. In order to make sure that the information that I gave them was accurate and complete, I contacted Scott Haire and HEB counsel to get specific details from them, both to make sure that my report was as accurate as possible and that I provided all information to the police that was believed to be necessary for the report.

Neither Scott Haire nor anyone else asked, directed, or caused me to report this incident to the Police Department. I did not ask, seek or expect Ms. Singleton to be arrested as a result of my report, nor did the Police Department ever indicate that such action would be imminent.

I reported the incident because I had, and still have, a good faith belief that Ms. Singleton took property from HEB. It was my sole decision to do so, and no one, including Scott Haire or anyone else, caused or instructed me to do so. I would have been shocked if the authorities took any action concerning Ms. Singleton that would impact her ability to testify at Mr. Haire's criminal trial in April 2013, nor did I ask or intend that they do so. Similarly, everything I reported to the Police Department was truthful and stated in a good faith belief in its accuracy.

I declare that the foregoing is true and correct.

*Michael A. Blubaugh*
MICHAEL A. BLUBAUGH
Member, HEB Technologies, LLC