# **EXHIBIT 3**

**MLH Registration Frank Barker and Secretary of State**

**MLH, Frank Barker, Transaction with Stuckert**



# State of West Virginia

# Certificate

*I, Natalie E. Tennant, Secretary of State of the*
*State of West Virginia, hereby certify that*

**MLH INVESTMENTS, LLC**

**Control Number: 99V6E**

a limited liability company, organized under the laws of the State of Nevada

has filed its "Application for Certificate of Authority" in my office according to the provisions of West Virginia Code §31B-10-1002. I hereby declare the organization to be registered as a foreign limited liability company from its effective date of June 4, 2012, until a certificate of cancellation is filed with our office.

Therefore, I hereby issue this

## CERTIFICATE OF AUTHORITY OF A
## FOREIGN LIMITED LIABILITY COMPANY

to the limited liability company authorizing it to transact business in West Virginia



*Given under my hand and the*
*Great Seal of the State of*
*West Virginia on this day of*
*June 4, 2012*

*Natalie E. Tennant*

Secretary of State

FILED

Natalie E. Tennant
Secretary of State
1900 Kanawha Blvd E.
Bldg 1, Suite 157-K
Charleston, WV 25305

JUN 0 4 2012

IN THE OFFICE OF
SECRETARY OF STATE

Penney Barker, Manager
Corporations Division
Tel: (304)558-8000
Fax: (304)558-8381
www.wvsos.com
Hrs: 8:30 a.m. – 5:00 p.m. ET

**FILE ONE ORIGINAL**
(Two if you want a filed stamped copy returned to you)
**FEE: $150**

## WV APPLICATION FOR CERTIFICATE OF AUTHORITY OF LIMITED LIABILITY COMPANY

Control # 99V6E

**\*\*A certificate of existence from your home state of organization, dated during the current tax year, must accompany this application\*\***

1. The **name** of the company as registered in its **home state** is:  MLH Investments, LLC
   and the state or country of organization is:  Nevada

2. The **name** to be used in **West Virginia** will be:
   [The name must contain one of the required terms such as "limited liability company" or abbreviations such as "LLC" or "PLLC". See instructions for complete list of acceptable terms and requirements for use of trade name]

   ☑ Home State name as listed above, if available in WV
   ☐ DBA name _____
       (ONLY if home state name is unavailable in WV)

3. The company will be a: [See instructions for limitations on professions which may form P.L.L.C. in WV. All members must have WV professional license.]

   ☑ regular L.L.C.
   ☐ professional L.L.C. for the profession of _____

4. The **address** of the **designated office** of the company in WV, if any, will be:
   No. & Street: _____
   City/State/Zip: _____

5. The street address of the **principal office** is:
   No. & Street: 2201 Lakeside Drive
   City/State/Zip: Lexington, KY 40502

   and the mailing address (if different) is:
   Street/Box: PO Box 22022
   City/State/Zip: Lexington, KY 40522-2022

6. **Agent of Process:**
   Properly designated person to whom notice of process may be sent, if any:
   Name: _____
   Address: _____
   City/State/Zip: _____

7. E-mail address where business correspondence can be received: FrankB@mlhinvestmentsus.com

Form LLF-1          Issued by the Office of the Secretary of State          Revised 10/09

Application for Certificate of Authority of a Limited Liability Company    Page 2

8. The company is:
   - [✓] an at-will company, for an indefinite period
   - [ ] a term company, for the term of _____ years, which will expire on _____.

9. The company is:
   - [✓] member-managed. [List the names and addresses of all members]
   - [ ] manager-managed. [List the names and addresses of all managers]

   List the name(s) of the members/managers of the company (attach additional pages if necessary)

   | Name | Address | City, State, Zip |
   |---|---|---|
   | Frank Barker | 2201 Lakeside Drive | Lexington, KY 40502 |

10. All or specified members of a limited liability company are liable in their capacity as members for all or specified debts, obligations or liabilities of the company.
    - [✓] No--All debts, obligations and liabilities are those of the company
    - [ ] Yes--Those persons who are liable in their capacity as members for all debts, obligations or liability of the company have consented in writing to the adoption of the provision or to be bound by the provision

11. The **purpose** for which this limited liability company is formed are as follows:
    (Describe the type(s) of business activity which will be conducted, for example, "real estate," "construction of residential and commercial buildings," "commercial printing," "professional practice of architecture.")

    Primary: Holding Company for Investments; Secondary: any legal business in WV

12. The number of pages attached and included in this application is: -3-

13. The requested date for the establishment of the limited liability company in WV is:
    - [✓] the date & time of filing
    - [ ] the following date _____ time _____

14. **Contact and Signature Information:**

    a. Frank Barker                          859-948-4388
       Contact Name                          Phone Number

    b. Frank Barker                          Sole Member/Manager
       Print or type name of signer          Title / Capacity of Signer

    c. /s/ Frank Barker                      May 30, 2012
       Signature                             Date

Form LLF-1         Issued by the Office of the Secretary of State         Revised 10/09



# CERTIFICATE OF EXISTENCE
# WITH STATUS IN GOOD STANDING

I, ROSS MILLER, the duly elected and qualified Nevada Secretary of State, do hereby certify that I am, by the laws of said State, the custodian of the records relating to filings by corporations, non-profit corporations, corporation soles, limited-liability companies, limited partnerships, limited-liability partnerships and business trusts pursuant to Title 7 of the Nevada Revised Statutes which are either presently in a status of good standing or were in good standing for a time period subsequent of 1976 and am the proper officer to execute this certificate.

I further certify that the records of the Nevada Secretary of State, at the date of this certificate, evidence, **MLH INVESTMENTS, LLC**, as a limited liability company duly organized under the laws of Nevada and existing under and by virtue of the laws of the State of Nevada since March 31, 2006, and is in good standing in this state.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on May 30, 2012.

ROSS MILLER
Secretary of State

Electronic Certificate
Certificate Number: C20120530-0079
You may verify this electronic certificate
online at http://www.nvsos.gov/

# MLH INVESTMENTS, LLC

325 West Main Street
Suite 240
Lexington, Kentucky 40507
TEL 859-455-9255 FAX 859-455-8355

October 8, 2009

Mr. James W. Stuckert, Trustee
500 W. Jefferson Street
Louisville, KY 40202

Re: Assignment and Assumption Agreements:
    Christopher Byers-Assignor
    Ralph Glasgal-Assignor
    MLH Investments, LLC-Assignee

Dear Jim:

Please be advised that the above referenced and attached Assignment and Assumption Agreements are hereby transferred to:

James W. Stuckert Rev. Trust U/A DTD 2/10/86 Amended and Restated 2/7/07.

All other terms and conditions of the above referenced Agreements remain the same.

Thanks for all of your help.

Sincerely,

Frank B. Barker
Member/Manager

Attachments:

Thursday, October 08, 2009
1:05 PM

## ASSIGNMENT AND ASSUMPTION AGREEMENT

THIS ASSIGNMENT AND ASSUMPTION AGREEMENT, dated as of September 30, 2009 (the "AGREEMENT"), IS MADE BY Christopher Byers (the "ASSIGNOR") and MLH Investments, LLC a Nevada Limited Liability Company 325 West Main Street, Suite 240, Lexington, Kentucky 40507, (the "ASSIGNEE") and evidences that, for and in consideration of the mutual agreements set forth herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto hereby agree as follows:

1. **Assignment.** Assignor hereby transfers, assigns and conveys to Assignee, and Assignee hereby accepts from Assignor, as of the time (the "Closing") of payment in the amount of $18,450 the (the "Transfer Consideration"), (i) all rights, benefits and interests of Assignor in and to the Convertible Debenture due September 30, 2009, in the original principal amount of $15,000 (the "Debenture") of VirtualHealth Technologies, Inc. (the "Company"), and (ii) all of Assignor's rights under the Registration Rights Agreement, dated as of March 30, 2009, by and among the company, the Assignor and the other Investors named therein (the "Registration Rights Agreement") and, together with the Debenture, the ("Transferred Interest").

2. **Assumption.** In addition to payment of the Transfer Consideration, as further consideration for the transfer, assignment and conveyance of the Transferred Interest, Assignee hereby covenants to and agrees with Assignor that, as of closing, Assignee hereby (i) assumes, and will hereafter pay, perform or otherwise discharge any and all of the Assignor's obligations and liabilities arising under or in connection with the Transferred Interest (the "Assumed Liabilities") and (II) shall be bound by the Assumed Liabilities as if Assignee were an original party thereto or obligor thereunder.

3. **Acknowledgement by the Company.** The Company hereby acknowledges the assignment and assumption of the Transferred Interest by the Assignor to the Assignee hereunder and agrees that, from and after the Closing, the Company will (i) treat Assignee for all purposes as the sole owner of the Transferred Interest as if it were the original obligee of the Debenture and original party to the Registered Rights Agreement and (ii) look to the Assignee only, and not to the Assignor, in respect of any Assumed Liabilities as to which the Assignor might otherwise be liable to the Company. Accordingly, as of the Closing, the Company's books and records shall reflect the Assignee as the Owner of the Debenture and a party to the Registered Rights Agreement and the Assignor shall no longer be considered the holder of the Debenture or a party to the Registered Rights Agreement.

[Signature page follows]



IN WITNESS WHEREOF, as of the date first set forth above, Assignor and Assignee have caused this Agreement to be executed by themselves and their duly authorized representatives.

ASSIGNOR

By: _____
NAME: Christopher Byers
TITLE:

ASSIGNEE
MLH INVESTMENTS, LLC

BY: _____
NAME: Frank Barker
TITLE: Member/Manager

ACKNOWLEDGED AND AGREED:

VIRTUALHEALTH TECHNOLOGIES, INC.

BY: _____
NAME:
TITLE:

Sep 30 09 05:07p                                                                    p.2

105-53, 229

## ASSIGNMENT AND ASSUMPTION AGREEMENT

THIS ASSIGNMENT AND ASSUMPTION AGREEMENT, dated as of September 30, 2009 (the "AGREEMENT"), IS MADE BY Ralph Glaspal (the "ASSIGNOR") and MLH Investments, LLC a Nevada Limited Liability Company 325 West Main Street, Suite 240, Lexington, Kentucky 40507, (the "ASSIGNEE") and evidences that, for and in consideration of the mutual agreements set forth herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto hereby agree as follows:

1. Assignment. Assignor hereby transfers, assigns and conveys to Assignee, and Assignee hereby accepts from Assignor, as of the time (the "Closing") of payment in the amount of $18,450 the (the "Transfer Consideration"), (i) all rights, benefits and interests of Assignor in and to the Convertible Debenture due September 30, 2009, in the original principal amount of $15,000 (the "Debenture") of VirtualHealth Technologies, Inc. (the "Company"), and (ii) all of Assignor's rights under the Registration Rights Agreement, dated as of March 30, 2009, by and among the company, the Assignor and the other Investors named therein (the "Registration Rights Agreement") and, together with the Debenture, the ("Transferred Interest").

2. Assumption. In addition to payment of the Transfer Consideration, as further consideration for the transfer, assignment and conveyance of the Transferred Interest, Assignee hereby covenants to and agrees with Assignor that, as of closing, Assignee hereby (i) assumes, and will hereafter pay, perform or otherwise discharge any and all of the Assignor's obligations and liabilities arising under or in connection with the Transferred Interest (the "Assumed Liabilities") and (II) shall be bound by the Assumed Liabilities as if Assignee were an original party thereto or obligor thereunder.

3. Acknowledgment by the Company. The Company hereby acknowledges the assignment and assumption of the Transferred Interest by the Assignor to the Assignee hereunder and agrees that, from and after the Closing, the Company will (i) treat Assignee for all purposes as the sole owner of the Transferred Interest as if it were the original obligee of the Debenture and original party to the Registered Rights Agreement and (ii) look to the Assignee only, and not to the Assignor, in respect of any Assumed Liabilities as to which the Assignor might otherwise be liable to the Company. Accordingly, as of the Closing, the Company's books and records shall reflect the Assignee as the Owner of the Debenture and a party to the Registered Rights Agreement and the Assignor shall no longer be considered the holder of the Debenture or a party to the Registered Rights Agreement.

[Signature page follows]

p.1                                    FROM GLASPAL 201 784 0615        9-30-09 4:33PM

UnGlad Notice Page 8

IN WITNESS WHEREOF, as of the date first set forth above, Assignor and Assignee have caused this Agreement to be executed by themselves and their duly authorized representatives.

ASSIGNOR

By: *[signature]*
NAME: Ralph Glasgal
TITLE:

ASSIGNEE
MLH INVESTMENTS, LLC

By: *[signature]*
NAME: Frank Barker
TITLE: Member/Manager

ACKNOWLEDGED AND AGREED:

VIRTUAL HEALTH TECHNOLOGIES, INC.

By: *[signature]*
NAME:
TITLE: