# **EXHIBIT 4**

## K-1 Filings for Frank Barker, Financial Owner of MLH

04146 09/13/2009 12:16 PM

651108

| | Final K-1 | | Amended K-1 | OMB No. 1545-0099 |

**Partner# 1**
**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2008**
For calendar year 2008, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions, Credits, etc.** ► See back of form and separate instructions.

### Part I  Information About the Partnership

A Partnership's employer identification number
20-4605566

B Partnership's name, address, city, state, and ZIP code
MLH INVESTMENTS, LLC

777 MAIN STREET, SUITE 3100
FORT WORTH                  TX  76102

C IRS Center where partnership filed return
Ogden, UT

D ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

E Partner's identifying number
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

F Partner's name, address, city, state, and ZIP code

BARKER

P.O. BOX 22022
LEXINGTON               KY  40522

G ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

H ☒ Domestic partner    ☐ Foreign partner

I What type of entity is this partner?  Corporation

J Partner's share of profit, loss, and capital (see instructions):
|         | Beginning  | Ending     |
|---------|------------|------------|
| Profit  | 1.000000 % | 1.000000 % |
| Loss    | 1.000000 % | 1.000000 % |
| Capital | 0.285588 % | 0.090461 % |

K Partner's share of liabilities at year end:
Nonrecourse .................... $ _____
Qualified nonrecourse financing ..... $ _____
Recourse ...................... $ 2,390

L Partner's capital account analysis:
Beginning capital account ........... $ 1,198
Capital contributed during the year ..... $ _____
Current year increase (decrease) ...... $ -900
Withdrawals & distributions ......... $ ( _____ )
Ending capital account ............. $ 298

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| 1  | Ordinary business income (loss)  -1,749 | 15 | Credits |
| 2  | Net rental real estate income (loss) | | |
| 3  | Other net rental income (loss) | 16 | Foreign transactions |
| 4  | Guaranteed payments | | |
| 5  | Interest income  754 | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7  | Royalties | | |
| 8  | Net short-term capital gain (loss)  297 | | |
| 9a | Net long-term capital gain (loss)  -202 | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | |
| | | 19 | Distributions |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | 20 | Other information |
| | | A | 754 |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2008

DAA

04148 09/13/2009 12:18 PM

**Partner# 2**
**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2008**
For calendar year 2008, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See back of form and separate instructions.

651108
OMB No. 1545-0099

☐ Final K-1   ☐ Amended K-1

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | Amount | # | Item | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | -173,182 | 15 | Credits | |
| 2 | Net rental real estate income (loss) | | | | |
| 3 | Other net rental income (loss) | | 16 | Foreign transactions | |
| 4 | Guaranteed payments | | | | |
| 5 | Interest income | 74,660 | | | |
| 6a | Ordinary dividends | | | | |
| 6b | Qualified dividends | | | | |
| 7 | Royalties | | | | |
| 8 | Net short-term capital gain (loss) | 29,403 | | | |
| 9a | Net long-term capital gain (loss) | -20,045 | 17 | Alternative minimum tax (AMT) items | |
| 9b | Collectibles (28%) gain (loss) | | | | |
| 9c | Unrecaptured section 1250 gain | | | | |
| 10 | Net section 1231 gain (loss) | | 18 | Tax-exempt income and nondeductible expenses | |
| 11 | Other income (loss) | | | | |
| | | | 19 | Distributions | |
| 12 | Section 179 deduction | | | | |
| 13 | Other deductions | | 20 | Other Information | |
| | | | A | | 74,660 |
| 14 | Self-employment earnings (loss) | | | | |

### Part I  Information About the Partnership

**A** Partnership's employer identification number
20-4605566

**B** Partnership's name, address, city, state, and ZIP code
MLH INVESTMENTS, LLC
777 MAIN STREET, SUITE 3100
FORT WORTH        TX 76102

**C** IRS Center where partnership filed return
Ogden, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's identifying number
61-1070590

**F** Partner's name, address, city, state, and ZIP code
RUSBAR FINANCIAL SERVICES, INC.
P.O. BOX 22022
LEXINGTON        KY 40522

**G** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I** What type of entity is this partner? Corporation

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | 99.000000 % | 99.000000 % |
| Loss | 99.000000 % | 99.000000 % |
| Capital | 99.714412 % | 99.909539 % |

**K** Partner's share of liabilities at year end:
Nonrecourse .................... $ _____
Qualified nonrecourse financing ........ $ _____
Recourse ...................... $ 236,655

**L** Partner's capital account analysis:
Beginning capital account .......... $ 418,288
Capital contributed during the year .... $ _____
Current year increase (decrease) ...... $ -89,164
Withdrawals & distributions ......... $ (_____)
Ending capital account ............ $ 329,124

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

*See attached statement for additional information.

For Paperwork Reduction Act Notice, see Instructions for Form 1065.

DAA

Schedule K-1 (Form 1065) 2008