# EXHIBIT 5

**FBI 302 Report - Stuckert**

FD-302 (Rev. 5-8-10)

- 1 of 1 -



## FEDERAL BUREAU OF INVESTIGATION

Date of entry   03/08/2013

    James Stuckert was contacted at            6572 and provided the following information:

    Stuckert invested about $30 million in HEB,LLC over the last several years in the form of loans.  Stuckert loaned the money because he knew and trusted Scott Haire, who ran HEB.  Haire and Stuckert had discussions when these loans were made that the money would be used for business purposes.  These were not personal loans, and the money was not supposed to be used by Haire for personal purposes.

    Stuckert said he has a civil suit that is being filed against Haire regarding this matter, and will have his attorney contact SA Sputo with details

Investigation on   02/26/2013   at   Miami, Florida, United States (Phone)

File # _____   Date drafted   02/28/2013

by   Michael Sputo

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.