# EXHIBIT 7

**Legal Letter to Stuckert for Return of HEB Assets**

# RAY & WILSON

### ATTORNEYS & COUNSELORS

DONALD H. RAY, P.C.
DRAY@RAYANDWILSON.COM

A. BRUCE WILSON
WILSON@RAYANDWILSON.COM

6300 RIDGLEA PLACE, SUITE 1008
FORT WORTH, TX 76116-5736

TELEPHONE: 817/377-0500
FACSIMILE: 817/377-1232

September 25, 2012

Mr. John J. Little - <u>Via Facsimile (214) 573-2323 and CMRRR</u>
LITTLE PEDERSON FANKHAUSER, LLP
901 Main Street, Suite 4110
Dallas, Texas 75202

### Re: HEB, LLC

Dear Mr. Little:

This is in response to your letter to my client, HEB, LLC ("HEB"), dated September 4, 2012 concerning a promissory note dated June 30, 2011 drawn to the order of James Stuckert, Trustee U/A 2-10-86 by HEB  which was allegedly executed by Scott Haire purportedly acting in his capacity as the Managing Member of HEB (the "Note").

First, my client advises that the Note was not authorized by proper procedures necessary to bind HEB nor by any member of HEB who had such authority on behalf of HEB.  Second, the Note contains a stamped signature, rather than an actual signature and the person whom my client suspects placed the stamp on the Note was not authorized to use the stamp signature for the purpose of signing the Note and binding HEB for the obligation covered by the Note; Nor does the amount of the Note accurately reflect by a substantial amount the funds claimed to have been invested and/or loaned to HEB by the Stuckert Trust.

Without any admission by my client of the validity of the Note, it is my client's position that the Note violates the Texas usury statutes, in that the amount that had been advanced (invested) by the Stuckert Trust on or before the date the Note was signed was substantially less than the $45,000,000.00 reflected in the Note.  By my rough calculation, based upon my client's records which did not clearly establish the nature of the loan/investment, the usury violation is at least $14,520,000.00.

My client further advises me that James Stuckert, Trustee wrongfully obtained from Lucy Singleton approximately 12,000,000 shares of stock of Wound Management Technologies, Inc., 5,852,792 shares of stock of Secured Financial Network, Inc., and 24,162,729 shares of stock of VHGI Holdings, Inc. owned by HEB.  My client advises that Ms. Singleton had absolutely no authority nor legal basis to deliver those shares of stock to Mr. Stuckert.  Accordingly, on behalf of our client, we demand return of the stock with all appropriate endorsements endorsing the stock back to HEB.

Mr. John J. Little
September 25, 2012
Page 2

If you would like to discuss this matter further, please call me.

Very truly yours,

A.   BRUCE WILSON

ABW:mks

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John J. Little
901 main St.
#4110
Dallas Jef
75000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Stanley*
☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery
9/26/12

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
*(Transfer from service label)*
7010 2780 0001 3459 6782

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540