# EXHIBIT 11

**VHGI 10 K Filed June 26, 2013**

EDGAR Online

# VHGI HOLDINGS, INC.

## FORM 10-K
(Annual Report)

Filed 06/26/13 for the Period Ending 12/31/12

| | |
|---|---|
| Address | 103 NORTH COURT STREET<br>SULLIVAN, IN 47882 |
| Telephone | 812-268-5459 |
| CIK | 0000830741 |
| Symbol | VHGI |
| SIC Code | 7373 - Computer Integrated Systems Design |
| Industry | Gold & Silver |
| Sector | Basic Materials |
| Fiscal Year | 12/31 |

Powered by EDGAR Online
http://www.edgar-online.com
© Copyright 2013, EDGAR Online, Inc. All Rights Reserved.
Distribution and use of this document restricted under EDGAR Online, Inc. Terms of Use.

- 228,415,980 shares of our common stock, and
- 500,000 shares of our Series D convertible preferred stock.

Each share of common stock entitles the holder to one vote. Each share of the Series D convertible preferred stock is convertible at the option of the holder into shares of our common stock at the ratio of one share of Series D convertible preferred stock for 1,000 shares of our common stock. Each share of Series D convertible preferred stock entitles the holder to the number of votes equal to the number of shares of common stock into which such share is convertible at any meeting of our stockholders. The shares of common stock and Series D convertible preferred stock vote together on all matters submitted to a vote of our stockholders. The following table contains information regarding record ownership of our Voting Shares as of June 19, 2013 held by:

- persons who own beneficially more than 5% of the outstanding Voting Shares,
- our directors,
- named executive officers, and
- all of our directors and officers as a group.

A person is deemed to be the beneficial owner of securities that can be acquired by such a person within 60 days from June 11, 2013, upon exercise of options, warrants or convertible securities. Each beneficial owner's percentage ownership is determined by assuming that options, warrants and convertible securities that are held by such a person (but not those held by any other person) and are exercisable within 60 days from that date have been exercised. Unless otherwise indicated, the address of each of the listed beneficial owners identified is 103 North Court Street, Sullivan, IN 47882.

| | Amount and Nature of Beneficial Ownership | | | | % of Total Vote |
|---|---|---|---|---|---|
| | Common stock | | Series D convertible preferred stock | | |
| Name | # of Shares | % of Class | # of Shares | % of Class | |
| P. Rick Risinger [1] | 1,308,325,941 | 88.0% | 500,000 | 100% | 88.0% |
| Michael E. Fasci, Sr. [2] | 1,427,275 | ≤1% | 0 | - | ≤1% |
| All officers and directors as a group (two persons) [1] [2] | 1,309,753,216 | 88.1% | 500,000 | 100% | 88.1% |
| HEB LLC [3] | 24,662,729 | 10.8% | 0 | - | ≤1% |
| James W. Stuckert [4] | 758,125,941 | 76.9% | 0 | - | 37.1% |
| Solomon Oden Howell [5] | 758,125,941 | 76.9% | 0 | - | 37.1% |

[1] The number of shares of common stock owned by Mr. Risinger includes:

- 50,200,000 shares held of record by Lily Group Holdings Company over which he has voting and dispositive control,
- 500,000,000 shares issuable upon the conversion of 500,000 shares of Series D convertible preferred; and
- 758,125,941 shares issuable upon the conversion of Series E warrants to purchase 2,000 shares of Series E convertible preferred stock at a price of $500.00 per share.

Percentage of total voting control includes the shares of common stock which are presently outstanding and underlying the Series E warrants, together with the votes attributable to the Series D convertible preferred stock.

[2] The number of shares of common stock owned by Mr. Fasci includes:

- 35,275 shares owned by Mr. Fasci,
- 742,000 shares held of record by Process Engineering Services Inc. over which he has voting and dispositive control,
- 250,000 shares underlying a warrant with an exercise price of $0.10 per share; and
- 150,000 shares underlying warrants with exercise prices ranging from $0.15 to $0.50 per share held by Process Engineering Services Inc. over which he has voting and dispositive control.

[3] HEB LLC's address is 2225 E. Randol Mill Road, Suite 305, Arlington, TX 76011.

[4] The number of shares of common stock owned by Mr. Stuckert includes 758,125,941 shares issuable upon the conversion of Series E warrants to purchase 2,000 shares of Series E convertible preferred stock at a price of $500.00 per share. Mr. Stuckert's address is 103 North Court Street, Sullivan, IN 47882. The number of shares owned by Mr. Stuckert excludes 200,000 shares held by the James Stuckert Revocable Trust, 1,650,000 held by The Diane Stuckert Trust and 300,000 held by the James Stuckert Trust no public filings have been made by Mr. Stuckert to indicate that he has voting or dispositive control over any of these securities.

(5)  The number of shares of common stock owned by Mr. Howell includes 758,125,941 shares issuable upon the conversion of Series E warrants to purchase 2,000 shares of Series E convertible preferred stock at a price of $500.00 per share. Mr. Howell's address is 103 North Court Street, Sullivan, IN 47882.

### Securities authorized for issuance under equity compensation plans

The following table sets forth securities authorized for issuance under any equity compensation plans approved by our stockholders as well as any equity compensation plans not approved by our stockholders as of December 31, 2012.

| Plan category | Number of securities to be issued upon exercise of outstanding options, warrants and rights | Weighted average exercise price of outstanding options, warrants and rights | Number of securities remaining available for future issuance under equity compensation plans (excluding securities reflected in column |
|---|---|---|---|
| Plans approved by our stockholders: | | | |
| 2012 Omnibus Long Term Incentive Plan | 0 | n/a | 30,000,000 |
| Plans not approved by stockholders | 250,000 | .10 | 0 |

### 2012 Omnibus Long Term Incentive Plan

On July 19, 2012, our board of directors and stockholders approved our 2012 Omnibus Long Term Incentive Plan, or 2012 Plan. Our 2012 Plan was adopted to ensure that we have adequate ways in which to provide stock based compensation to our directors, officers, employees and consultants. Our board of directors believes that the ability to grant stock-based compensation, such as stock options and stock grants, is important to our future success. The grant of such stock-based compensation can motivate high levels of performance and provide an effective means of recognizing employee and consultant contributions to our success. In addition, stock-based compensation can be valuable in recruiting and retaining highly qualified technical and other key personnel who are in great demand, as well as rewarding and providing incentives to our current employees and consultants.

The 2012 Plan provides for grants of incentive stock options ("ISOs"), non-qualified stock options ("NQSOs"), stock appreciation rights ("SARs"), restricted share and restricted share unit awards, performance share awards, and common share awards (collectively, "Awards"). The total number of shares of our common stock available for awards under the 2012 Plan is 30,000,000. The duration of the 2012 Plan is 10 years. The 2012 Plan will terminate as to grants of awards after 10 years after the effective date, unless it is terminated earlier by our board of directors. As of December 31, 2012, there were no outstanding options under the 2012 Plan.

### ITEM 13. CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR INDEPENDENCE.

On February 1, 2010, the Company entered into a purchase agreement (the "Purchase Agreement") with Wound Management Technologies, Inc. ("WMT"), a Texas corporation, pursuant to which WMT purchased from VHGI—for a total purchase price of $500,000, consisting of $100,000 in cash and a promissory note in the principal amount of $400,000 (the "WMT Note")—the following:

1) VHGI membership interest in the wholly-owned subsidiary, cHealth.
2) VHGI interest in a $1,500,000 Senior Secured Convertible Promissory Note issued by Private Access, Inc. (the "Private Access Note"), certain agreements related thereto, and a note payable obligation of $1,000,000 (including accrued interest) incurred by VHGI in conjunction with the Private Access Note transaction.
3) VPS intellectual property assets of the real-time prescription drug monitoring business, including its "Veriscrip" technology.

29

Scott A. Haire, the former CFO and former director of VHGI, also served as the CFO and a director of WMT. Based on shares outstanding as of the report on Form 10-K filed by WMT for the year ended December 31, 2011, Mr. Haire beneficially owns, through HEB, a Nevada limited liability company of which Mr. Haire is the managing member, 22% of the outstanding common stock of WMT. In addition, Deborah Hutchinson, a former VHGI board member who resigned December 28, 2012, is a member of WMT Board of Directors. The above mentioned WMT Note is paid in full as of December 31, 2011.

Funds are advanced to the Company from various related parties including Scott A. Haire, the Company's former CFO, and entities controlled by him. Other stockholders may fund the Company as necessary to meet working capital requirements and expenses. Certain parties have been included in related party table due to the influence they can/may exercise as a result of their ownership of debt. The following is a summary of principal and interest amounts due to related parties as of December 31, 2012 including terms of the debt:

| Related party | Nature of relationship | Terms of the agreement | 12/31/12 Principal | 12/31/12 Interest |
|---|---|---|---|---|
| H.E.B., LLC, a Nevada limited liability company | Scott Haire is the managing member of HEB. | Unsecured $1,000,000 open line of credit, no maturity date, and interest at 10% per annum. | $ 97,368 | $241,970 |
| H.E.B. Ventures, LLC, a Nevada limited liability company | Scott Haire is the managing member of HEB Ventures. | Promissory Note, 3% APR | 500,000 | 493 |
| MLH Investments, LLC | Has provided funds to the Company. | Unsecured note with interest accrued at a rate of 0% per annum with no maturity date | 115,000 | 0 |
| SWCC | Investor in eHealth | Dated 7/21/06, no stated interest rate and no maturity date. | 21,900 | 0 |
| Commercial Holding AG, LLC | Commercial Holding AG, LLC has provided previous lines of credit to affiliates of VHGI. | Unsecured note with interest accrued at a rate of 10% per annum with no maturity date | 43,829 | 05,701 |
| MAH Holdings, LLC | MAH Holdings, LLC has provided previous lines of credit to affiliates of VHGI. | Unsecured $3,500,000 line of credit, no maturity date with an interest rate of 10% per annum. | 3,762,835 | 440,021 |
| James W. Stuckert | Has provided funds to the Company. | $150,000 at 2% APR, $1,317,500 at 0% APR, $250,000 at 15% APR, $1,525,000 at 10% APR, $125,000 at 16% APR or payoff with 4,500 tons of coal at $61/ton. | 3,367,500 | 227,179 |
| Solomon O. Howell | Has provided funds to the Company. | $250,000 at 15% APR, $250,000 at 10% APR, $217,500 at 0% APR. | 717,500 | 25,550 |
| P. Rick Risinger | CEO of the Company | $211,918 at .25% APR, $17,000,000 at 8% APR, $125,000 at 16% APR or payoff with 4,500 tons of coal at $61/ton, $1,275,000 at 10% APR, $50,000 at 0%. | 18,661,918 | 1,283,464 |
| Michael E. Fasci | CFO of the Company | Note payable due 7/23/12, 18% APR | 53,000 | 4,209 |
| Total | | | $27,340,850 | $2,328,587 |

The following is a summary of the principal and interest amounts due to related parties as of December 31, 2011, including terms of the debt:

| Related party | Nature of relationship | Terms of the agreement | 12/31/11 Principal | 12/31/11 Interest |
|---|---|---|---|---|
| H.E.B., LLC, a Nevada limited liability company | Scott Haire is the managing member of HEB. | Unsecured $1,000,000 open line of credit, no maturity date, and interest at 10% per annum. | $ 134,760 | $ 228,360 |
| SWCC | Investor in eHealth | Dated 7/21/06, no stated interest rate and no maturity date. | 21,900 | 0 |

| | | | | |
|---|---|---|---|---|
| Commercial Holding AG, LLC | Commercial Holding AG, LLC has provided previous lines of credit to affiliates of VHGI. | Unsecured note with interest accrued at a rate of 10% per annum with no maturity date | 43,829 | 101,257 |
| MAH Holdings, LLC | MAH Holdings, LLC has provided previous lines of credit to affiliates of VHGI. | Unsecured $3,500,000 line of credit, no maturity date with an interest rate of 10% per annum. | 3,342,695 | 69,968 |
| **Total** | | | **$3,543,184** | **$ 399,595** |

On December 19, 2012, the Company issued 50,000,000 shares of common stock to Mr. Risinger in exchange for his 700,000 shares of VHGI Coal preferred stock. These shares were valued at $6,937,297 and were issued at a price of $.139 per share.

The Company's corporate office in Sullivan, Indiana is leased to the Company at a cost of $1,000 per month by Mr. Risinger.

Under the terms of a Lease of Real Property agreement dated February 6, 2012, the Company is obligated to Alisa Risinger, Mr. Risinger's spouse, a royalty of $0.25 per ton or forty-one hundredths of one percent (0.41%) of the F.O.B. Mine Price for each ton of coal mined at the Landree Mine. We paid her $0 in 2012.

In October 2012, The James W. Stuckert Revocable Trust purchased from MacAllister Machinery Company, Inc., as assignee, all of MacAllister Machinery Company, Inc.'s right, title and interest in and to those certain claims by MacAllister against Lily Group, Inc., VHGI Holdings, Inc., VHGI Coal, Inc., and P. Rick Risinger which have been plead against those individuals or entities.

We are a party to royalty agreements with the following related parties as previously described Part I, Item I:

Royalty – Ronald Hutchcraft – President of Lily Group Inc. – As per a 3-year employment agreement dated January 10, 2012, the Company is obligated to pay Mr. Hutchcraft $0.10 per ton of coal sold by the Company. We paid him $0 in 2012.

Royalty – Dave Smith – Mine Superintendent of Lily Group, Inc. – As per a 3-year employment agreement dated January 25, 2012, the Company is obligated to pay Mr. Smith $0.10 per ton of coal sold by the Company. We paid him $0 in 2012.

**Director independence**

Our sole director is not considered independent within the meaning of Rule 5605 of the Nasdaq Marketplace Rules.