# EXHIBIT 12

**Wire Transfers by Haire's Wife's Family to HEB**


# Beneficiary Transfer

### Reference Number 20110923-00007252 is Pending Approval.

**Branch** 6076150   CORAL SPRINGS OFFICE

| | | |
|---|---|---|
| **Payment Amount** | 130,000.00 USD  **Rate** | **Contract Number** |
| **Debit Amount** | 130,000.00 USD | **Charge Party**   None |

**Send Date** 23SEP2011      **Value Date** 23SEP2011

## Debit Party
D/1000134608495
VIVIAN CHIARELLI OR
SALVATORE P CHIARELLI POD TO
10922 NW 14TH ST
CORAL SPRINGS FL 33071-8222

## Beneficiary
Is Beneficiary a Bank? No
/5181 37 1287
HEB, LLC
777 MAIN STREET
SUITE 3100
FT WORTH TX 76102

## Beneficiary's Bank
A/083900680
BB&T WESTERN KENTUCKY
HOPKINSVILLE, KY

**Bank to Bank Information**     **Originator to Beneficiary Information**

/GuilantConfirmation.do                                   09/23/2011

**From:** Hamba1234@aol.com (Hamba1234@aol.com)
**To:** schiare333@bellsouth.net;
**Date:** Fri, September 23, 2011 11:15:57 AM
**Cc:**
**Subject:** Wire instructions

Beneficiary

| | | |
|---|---|---|
| | Name | HEB, LLC |
| | Bank account number | 5181 37 1287 |
| | Address | 777 Main Street<br>Suite 3100<br>Ft Worth, TX 76102 |
| | Phone | 817-820-7080 |

Recipient Bank

| | | |
|---|---|---|
| | Name | BB&T |
| | ABA | 083900680 |
| | Address | 360 E. Vine Street<br>Lexington, KY 40507 |
| | | 859-281-2120 |



## OUTGOING WIRE TRANSFER REQUEST

| DATE OF WIRE: | 09/ / 07 / 11 | Branch: MARGATE BRANCH | Domestic: XXXXXX |
|---|---|---|---|
| AMOUNT: | $ 700,000.00 | | International: |

Purpose: LOAN FOR SON IN LAW BUSINESS (INVESTMENT BUSINESS)

### Part I — ORIGINATOR/SENDER (FIRSTBANK FLORIDA CUSTOMER)

| Name: SALVATORE P CHIARELLI | Soc.Sec or Tin Number: 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 |
|---|---|
| Address: 10922 NW 14TH STREET | Type of Id DRIVERS  Num: C640795333650 |
| City, State, Zip. CORAL SPRINGS, FL 33071-8222 | Debit Account Num: 39005984 |
| Occupation: CARPENTER-RET 30 YRS | Wire Fee $ 25.00  Charge Acct: 39005984 |

### Part II — RECEIVING BANK AND BENEFICIARY

| Bank Name: BB&T | ABA Routing Number: 083900680 |
|---|---|
| Address: 360 E VINE STREET | |
| City, State, Zip, Country: LEXINGTON, KY 40507 | |

**For The Benefit Of:**

| Name: HEB, LLC | Account Number: 5181 37 1287 |
|---|---|
| Address: 777 MAIN STREET  SUITE 3100 | |
| City, State, Zip, Country: FT WORTH, TX 76102 | |

**For Final Credit To:**

| Name: HEB, LLC | Remarks: |
|---|---|
| | Account Number: 5181 37 1287 |
| Address: 777 MAIN STREET  SUITE 3100 | Attention: |
| City, State, Zip, Country: FT WORTH, TX 76102 | By order of: |
| Customer Phone Number: 817-820-7080 | |

### Part III — INTERMEDIARY BANK

| Bank Name: | ABA Routing Number: |
|---|---|
| Address: | |
| City, State, Zip, Country: | |

The undersigned originator requests the funds transfer detailed in this form and specifically acknowledges and agrees that this funds transfer is subject to the terms and conditions described on the back of this form.

**Customer Signature** _[signature]_  Date: 9-7-11

**For Bank/Branch Use Only:**

| Wire Instructions Prepared By: K Anderson _[signature]_ | Date: 9-7-11 | Time: 11:15 |
|---|---|---|
| Callback made by: _[signature]_ | Date: | Time: |
| Confirmed with: _[signature]_ | Date: 9-7-11 | Time: 11:15 PM |
| Signature Verified By: _[signature]_ | Date: 9-7-11 | Time: 11:15 AM |
| Wire Transfer Authorized by: _[signature]_ | Date: | Time: |

**Wire Department Use Only:**

| OFAC Verified By: | Date: | Time: |
|---|---|---|
| Wire Processed by: | Date: | Time: |
| Wire called in by: | Date: | Time: |
| Verified by: | Date: | Time: |

Journal Entry#  Prepared by:  Date:



**TRANSACTION RECEIPT**

Together we are one

FirstBank Florida
SEP 07 2011
TELLER 304
MARGATE

MARGATE
304    18 09/07/11    9011#17
Transfer from DDA
Acct #39005984              $700,000.00

ASK ABOUT OUR CREDIT CARD OFFER

DEPOSITS ARE SUBJECT TO VERIFICATION.
ALL ITEMS ARE CREDITED SUBJECT TO FUNDS AVAILABILITY POLICY.    MEMBER FDIC    

FB-114 (1/10)

#2

# Beneficiary Transfer

### Reference Number 20110930-00010757 is Pending Approval.

**Branch** 6076150   CORAL SPRINGS OFFICE

| | | |
|---|---|---|
| **Payment Amount** | 200,000.00 USD  Rate | **Contract Number** |
| **Debit Amount** | 200,000.00 USD | **Charge Party**   None |

**Send Date** 30SEP2011          **Value Date** 30SEP2011

## Debit Party
D/1000134608495
VIVIAN CHIARELLI OR
SALVATORE P CHIARELLI POD TO
10922 NW 14TH ST
CORAL SPRINGS FL 33071-8222

## Beneficiary
Is Beneficiary a Bank? No
/5181371287
HEB ,LLC
777 MAIN STREET
FT WORTH , TX 76102

## Beneficiary's Bank
A/083900680
BB&T WESTERN KENTUCKY
HOPKINSVILLE, KY

**Bank to Bank Information**          **Originator to Beneficiary Information**

**From:** Hamba1234@aol.com (Hamba1234@aol.com)
**To:** schiare333@bellsouth.net;
**Date:** Fri, September 30, 2011 10:51:39 AM
**Cc:**
**Subject:** Wire instructions

Beneficiary

| | |
|---|---|
| Name | HEB, LLC |
| Bank account number | 5181 37 1287 |
| Address | 777 Main Street<br>Suite 3100<br>Ft Worth, TX 76102 |
| Phone | 817-820-7080 |

Recipient Bank

| | |
|---|---|
| Name | BB&T |
| ABA | 083900680 |
| Address | 360 E. Vine Street<br>Lexington, KY 40507 |
| | 859-281-2120 |