# **EXHIBIT 14**

## **Court Approval of Transaction**

Entered on Docket
November 09, 2006
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: November 08, 2006

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge

1  ERIC A. NYBERG, ESQ.
   (Bar No. 131105)
2  CHRIS D. KUHNER, ESQ.
   (Bar No. 173291)
3  KORNFIELD, PAUL & NYBERG, P.C.
4  1999 Harrison Street, Suite 2675
   Oakland, California 94612
5  Telephone: (510) 763-1000
   Facsimile: (510) 273-8669
6
   Attorneys for Alleged Debtor
7  Digitally Secured Communications, Inc.

8

9

10           UNITED STATES BANKRUPTCY COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 | In re                              | Case No. 04-33149 TC
14 | **DIGITALLY SECURED**              | Chapter 7
   | **COMMUNICATIONS, INC.,**          | 
15 |                                    | **ORDER APPROVING RESCISSION AND SETTLEMENT AGREEMENT**
   |                       Debtor.      |
16

17                                       Date:  N/A
                                          Time:  N/A
18                                       Place: 23rd Floor
                                                United States Bankruptcy Court
19                                              235 Pine Street
                                                San Francisco, California
20
       The Court, having considered the joint application of, H.E.B., LLC ("HEB"), Michael Tolson
21
   ("Tolson") and Digitally Secured Communications, Inc. ("DSC") in the above-referenced involuntary
22
   bankruptcy case for approval of the Rescission and Settlement Agreement dated November 7, 2006 (the
23
   "Agreement") entered into by the parties attached as Exhibit A to the Declaration of Chris D. Kuhner
24
   filed in support herewith, and good cause appearing therefor;
25

26
       **IT IS HEREBY ORDERED** that the Agreement containing the terms and conditions set forth
27
   herein is approved;
28

Order Approving Rescission and Settlement Agreement

1    **IT IS FURTHER ORDERED** that the Court finds that the parties have entered into the
2    agreement in good faith as that term is defined under the applicable law and that the Agreement is the
3    result of arms length negotiations;

4

5    **IT IS FURTHER ORDERED** that all known creditors in this bankruptcy proceeding case are
6    signatories on the Agreement and as such, any requirement to notice the terms of the Agreement to
7    creditors pursuant to Federal Rule of Bankruptcy Procedure 9019, or any applicable rule or law is not
8    necessary and hereby waived by the parties;

9

10   **IT IS FURTHER ORDERED** that the parties are authorized to take all necessary steps and to
11   sign all necessary documents to effectuate the terms of the Agreement; and

12

13   **IT IS FURTHER ORDERED** that the terms and conditions of the Agreement are fair and
14   reasonable and are in the best interest of the pending bankruptcy proceeding and parties in interest.

15

16                                   ***END OF ORDER***

17
18
19
20
21
22
23
24
25
26
27
28

Kornfield, Paul & Nyberg, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612-3525
(510) 763-1000
FAX (510) 273-8669

## COURT SERVICE LIST

U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

Chris D. Kuhner, Esq.
Kornfield, Paul & Nyberg, P.C.
1999 Harrison Street, Suite 2675
Oakland, CA 94612

Henry W. Simon, Jr.
Barlow Garsek & Simon, LLP
3815 Lisbon Street
Fort Worth, TX 76107