# **EXHIBIT 15**

**Bank Payment Records**



BB&T - KENTUCKY

STATEMENT DATE
03-30-07
PAGE   2 OF   6

760-01-01-00 65001          0 C 001 29     55 02                              0005181371287



BUSINESS REGULAR CHECKING                                   ACCOUNT NUMBER    0005181371287

- - - - - - - - - - - - - - - -OTHER WITHDRAWALS/DEBITS - - - - - - - - - - - - - - - -

| DATE | AMOUNT | DESCRIPTION | REFERENCE NUMBER |
|---|---|---|---|
| 03-13 | 500.00 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005182926304 03-13-07 | 111 111 111 |
| 03-14 | 15,000.00 | PC WIRE TRANSFER WIRE REF# 20070314-00001881 | 114 114 |
| 03-19 | 25,000.00 | PC WIRE TRANSFER WIRE REF# 20070319-00004836 | 114 114 |
| 03-19 | 600.00 | PC WIRE TRANSFER WIRE REF# 20070319-00002442 | 114 114 |
| 03-19 | 30,000.00 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005182926304 03-19-07 | 111 111 111 |
| 03-19 | 11,000.00 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005182925626 03-19-07 | 111 111 111 |
| 03-19 | 1,000.00 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005181368383 03-19-07 | 111 111 111 |
| 03-19 | 1,000.00 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005181373417 03-19-07 | 111 111 111 |
| 03-20 | 3,000.00 | PC WIRE TRANSFER WIRE REF# 20070320-00000714 | 114 114 |
| 03-20 | 2,200.00 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005182926304 03-20-07 | 111 111 111 |
| 03-20 | 1,300.00 | IN-BRANCH TRANSFER TRANSFER TO CHECKING 0005181383390 03-20-07 | 48414 48414 48414 |
| 03-27 | 1,000.00 | PC WIRE TRANSFER WIRE REF# 20070327-00005783 | 114 114 |
| 03-28 | 300,000.00 | BRANCH WIRE TRANSFER WIRE REF# 20070328-00005458 | 114 114 |
| 03-29 | 100,000.00 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005182926274 03-29-07 | 111 111 111 |
| 03-29 | 80,000.00 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005183484259 03-29-07 | 111 111 111 |
| 03-29 | 75,000.00 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005182775012 03-29-07 | 111 111 111 |
| 03-29 | 30,000.00 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005182926304 03-29-07 | 111 111 111 |
| 03-29 | 6,500.00 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005182925626 03-29-07 | 111 111 111 |
| 03-30 | 7,300.00 | PC WIRE TRANSFER WIRE REF# 20070330-00001596 | 114 114 |

(03-27 and 03-28 entries are circled in handwriting)

7/13/13 at 09:13:34.41                                                                                              Page: 1

# HEB LLC-2007
## Transaction Detail Report
### For the Period From Jan 1, 2007 to Dec 31, 2007

Filter Criteria includes: 1) All Transaction Types; 2) Vendor ID's from COMMERCIAL ESCROW to COMMERCIAL ESCROW. Report order is by Date. Report is printed in Summary Format.

| Date | Transaction Type | Reference | ID / Name | Amount |
|------|------------------|-----------|-----------|--------|
| 1/29/07 | Payment | W0129-1 | COMMERCIAL ESCROW / COMMERCIAL ESCROW SERVIC | 250,000.00 |
| 2/1/07 | Payment | 1410 | COMMERCIAL ESCROW / COMMERCIAL ESCROW SERVIC | 1,050.00 |
| 2/1/07 | Purchase | 01.26.2007 | COMMERCIAL ESCROW / COMMERCIAL ESCROW SERVIC | 1,050.00 |
| 3/29/07 | Payment | W 032907 | COMMERCIAL ESCROW / COMMERCIAL ESCROW SERVIC | 300,000.00 |

Report Total: 552,100.00

Number of Transactions: 4

7/13/13 at 09:16:00.06                                                                                                              Page: 1

## HEB LLC-2006
## Transaction Detail Report
### For the Period From Jan 1, 2006 to Dec 31, 2006

Filter Criteria includes: 1) All Transaction Types; 2) Vendor ID's from COMMERCIAL ESCROW to COMMERCIAL ESCROW. Report order is by Date. Report is printed in Summary Format.

| Date | Transaction Type | Reference | ID / Name | Amount |
|---|---|---|---|---|
| 11/14/0 | Payment | W 110406 | COMMERCIAL ESCROW / COMMERCIAL ESCROW SERVIC | 225,000.00 |
| | | | Report Total: | 225,000.00 |
| | | | Number of Transactions: 1 | |