# EXHIBIT 16

## Deposition

Scott Haire
April 22, 2009

Page 130

1 releases or -- or -- is it -- it's your position that the
2 rescission included damages and therefore H.E.B. was
3 entitled to keep the $1.3 million that it had received?
4     A.   Correct.
5     Q.   At the time the $1.3 million was transferred,
6 it's transferred solely because of the Purchase
7 Agreement, correct?
8     A.   Correct.
9     Q.   So when the Purchase Agreement is undone, the
10 $1.3 million is essentially transferred for nothing;
11 isn't that correct?
12          MR. VITANZA:   Objection; form.
13          THE WITNESS:   No, it's not correct.
14     Q.   (BY MS. ANGEL:)   What is -- if there's no
15 agreement, because the Purchase Agreement has been
16 undone, what is the $1.3 million -- what was it
17 transferred for?
18          MR. VITANZA:   Objection; form.
19          THE WITNESS:   Your question is not
20 answerable.  When we bought the deal for -- when we were
21 paid the 1.3 million, we sold a company that had assets
22 of technology, which you've identified, and patents.
23 When we got it back, we got back the same shares except
24 now the patents were abandoned (indicating).  Therefore,
25 you didn't get back the same technology.

Scott Haire
April 22, 2009

Page 131

1  Q. (BY MS. ANGEL:) Isn't the effect of the
2  Rescission Agreement that H.E.B. gets back its 75
3  percent -- or the Sellers get back the 75-percent
4  interest in Envoii technology for a discounted price?
5  A. No discounted price.
6      MR. VITANZA: Objection; form.
7  Q. (BY MS. ANGEL:) It's not a discounted price?
8  A. Not a discounted price.
9  Q. And why is that?
10 A. Again, the value that was given -- you did not
11 give back what you were sold. If you lose something of
12 value, you have to...
13 Q. So it's your testimony then that H.E.B. -- that
14 by virtue of the rescission, H.E.B. got the 75 percent --
15 or the Sellers got the 75-percent interest in Envoii back
16 and were not required to return any portion of monies
17 paid pursuant to the Settlement Agreement?
18 A. We did return a portion of the monies.
19 Q. That's the $800,000 in payments?
20 A. That's correct.
21 Q. Can you point to me in the Rescission Agreement
22 where it states that the rescission includes damages for
23 some type of decrease in the value of the technology and
24 patents of Envoii Technologies?
25 A. Which exhibit is that?

Scott Haire
April 22, 2009

Page 132

1    Q.   In the Rescission Agreement.
2    A.   It's 21, I think.  (Looked at document.)
3    Section 8 doesn't say damages specifically, but the title
4    is "Explanation of Delay of the Prosecution of
5    Patent(s)."
6    Q.   Okay.  Where does it state in Section 8 that the
7    rescission --
8    A.   That's why it's a Rescission and Settlement
9    Agreement.
10   Q.   I'm sorry?
11   A.   That's why it is a Rescission and Settlement
12   Agreement.
13   Q.   What is why?
14   A.   Why there is this clause in the Agreement,
15   because the patents have been damaged and abandoned.
16   Q.   But my question to you was:  Where in the
17   Agreement does it say that damages --
18   A.   There's nothing in here about damages.
19   Q.   Okay.
20   A.   The "Explanation of Delay of Prosecution of
21   Patents" that is insinuated damages.
22   Q.   Okay.  But there's nothing in the Rescission
23   Agreement talking about damages?
24   A.   If you delay something, what is it -- what
25   happens?  When you stop something, what happens?

Scott Haire
April 22, 2009

Page 133

1   Q.   Well, I'm not being interrogated here.
2        But there's nothing in the Rescission
3   Agreement that talks about damages --
4   A.   That section -- this is in my interpretation --
5   is about damages. Whether it says the word "damage" or
6   not, this is damage to the -- to -- to our property
7   (indicating) because the patents were not being
8   prosecuted.
9   Q.   And the damage is why it was also a Settlement
10  Agreement?
11  A.   Correct.
12  Q.   So the Rescission is separate from the
13  Settlement Agreement?
14  A.   It's one in the same.
15  Q.   The damages were part of the Settlement
16  Agreement, not of the Rescission?
17  A.   It's one in the same. It's one agreement.
18  Q.   Had it been just titled a Rescission Agreement,
19  it would have had the same effect of rescinding the
20  Purchase Agreement?
21  A.   I can't answer that. I'm not a lawyer.
22  Q.   Well, but you're opining that that's why it's a
23  Rescission and a Settlement Agreement, you feel
24  knowledged enough to talk about that.
25  A.   That's because it was damages to the patents and

Scott Haire
April 22, 2009

Page 134

1  that's why it was both.
2     Q.   And damages for patents could have paid through
3  a straight Settlement Agreement without a rescission;
4  isn't that correct?
5           MR. VITANZA:  Objection; form.
6           THE WITNESS:  No, it could not have.
7     Q.   (BY MS. ANGEL:)  Why?
8     A.   Because there's damage -- there's a clause in
9  here that we had no acknowledge to be able to do anything
10 because we were not the manager of the -- had no control
11 of the patents.  The patent office requires an individual
12 signature to be able to prosecute.  Without being a sole
13 manager we had no proof and our signature would have been
14 in -- invalid.  So you had to go through this kind of
15 agreement to get the authority to sign to go prosecute
16 the patents.  Therefore, this had to be undone and I had
17 to be -- stay as sole manager to be able to go forward on
18 the patents (indicating).
19    Q.   I'm still not understanding how damages were
20 part of rescission.  If the effect of the rescission is
21 undo the Purchase Agreement --
22    A.   Uh-huh.
23    Q.   -- how are the damages part of undoing the
24 agreement?
25           MR. VITANZA:  Objection; form.

Scott Haire
April 22, 2009

Page 135

1  Q.   (BY MS. ANGEL:)
2       THE WITNESS:  You contend that a portion of
3  the monies transferred pursuant to the Purchase Agreement
4  were returned -- let me start that over.
5       You contend that the $800,000 in payments
6  in pursuant to the Rescission Agreement were a return of
7  funds that had been transferred pursuant to the Purchase
8  Agreement; is that correct?
9  A.   Correct.
10 Q.   And my recollection from the Purchase Agreement
11 is that there were four payments that were made --
12 A.   Correct.
13 Q.   -- correct?  October, November --
14 A.   25, 225, 250, 300.
15 Q.   Right.  And then $1.3 million, correct?
16 A.   From the Purchase Agreement?
17 Q.   Yes.
18 A.   You talking about that we were paid?
19 Q.   The Sellers --
20 A.   Are you talking about the Sellers were paid?  Or
21 the Sellers paid back?  You said the Rescission
22 Agreement.
23 Q.   Well, okay.  $800,000 were paid pursuant to the
24 Rescission Agreement, correct?
25 A.   Correct.