| | |
|---|---|
| FILE NUMBER: | 318C-MM-110818-AA37 |
| TAPE NUMBER: | 425 |
| CONVERSATION DATE: | 07/09/2009 |
| CONVERSATION TIME: | 3:40 PM |
| TYPE OF RECORDING: | TELEPHONE |
| CASE AGENT/SQUAD: | SA MICHAEL SPUTO/C-1 |
| TRANSCRIBED/TYPED BY: | BARBARA L. CHAFIN (HRA) |
| DATE TYPED: | 08/26/2009 |
| PARTICIPANTS: | CHS - CONFIDENTIAL HUMAN SOURCE<br>SH  - SCOTT HAIRE<br>UM  - UNKNOWN MALE |
| ABBREVIATIONS: | UI  - UNINTELLIGIBLE<br>PH - PHONETIC<br>IA  - INAUDIBLE<br>SC - SIMULTANEOUS CONVERSATION |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

318C-MM-110818-AA37

| | |
|---|---|
| CHS: | This is Richard Epstein. It is approximately 3:40 on Thursday, July 9th. I am talking to Scott Haire. |
| CHS: | Hey Scott, how you doing? |
| SH: | I'm fine. |
| CHS: | Uhm... I understand we've gotten together via, via Steve? |
| SH: | Yes. |
| CHS: | Great, great. |
| SH: | And, and, and I'm actually on my way back to Fort Lauderdale uh... I was gonna see what you're schedule was in the morning, or ah... mid-morning if that might work, maybe we can get together, cause you're out in Parkland? |
| CHS: | I, yeah, I'm in Parkland, I, uhm... I'm actually in town for three days, I ah... for some meetings and uhm.... I spend a good part of the summer in Western Massachusetts, I have a home in, in the Berkshire's up there.   But... |
| SH: | Oh, okay. |
| CHS: | ...but I came in ah... just for a couple of meetings and I (chuckles) I have one scheduled for tomorrow and I am literally, and, and I'm actually cutting that meeting a little bit short so I can grab an earlier flight out of here.   Uh... |
| SH: | Are you leaving out of Fort Lauderdale? |
| CHS: | Yeah, yeah, uhm... |
| SH: | Yeah, my office if five minutes from Lauderdale. |
| CHS: | Oh really? |
| SH: | Yeah, I'm right off U.S.1. and Broward. |
| CHS: | Uh-huh.   Uhm... well, let's, let's see what we can accomplish over the phone. |
| SH: | Okay. |

2

318C-MM-110818-AA37

CHS: And uhm... you know see if we can, you know, get something done, now Steve had, had, had mentioned a couple of things with regards to the stock, uhm... you tell me what you're looking, looking to do and uhm... uh... you know feel free to, you know, to, to speak freely and...

SH: Ideally we'd like to, I mean you know Steve explained to you what our situation is, we'd like to get some you know buying and then be able to you know whatever was bought be able to buy it back ah... buy it at a profit uh... buy it back for a profit in less than you know a couple weeks after we get ah... get done what we want we want to get accomplished, that way we've got it, we own it, unless ah... you know I was flexible with it, I mean whatever money was invested, we want to be able to buy it back cause we believe it's going up a lot more than that, we just needed a little help here to get a couple of our transactions done while we're closing a merger.  So uhm... which we've announced that we're doing the merger so...

CHS: Right.

SH: ...I'm not sure uhm... you know just whatever works for you and what it was gonna cost us to make sure we did it right, we're trying to make sure we don't have that stock that's taken out of the market brought back into the market right now, until we get some more stuff done.

CHS: I understand, okay.  So, and Steve had, had you know, had thrown out a...

SH: And I don't mind even if I need to give some shares or the next upside kicker, I know everybody wants to make sure they get their cash back plus a profit and we also, you know that's what I told Steve, I also want to make sure that's happening, and I don't mind uh... anybody have some extra stock if they need some just to hold on to keep (UI) get for ah... free if that would also help the situation, you know we're flexible and have the ability to do some of that stuff, I just need to know what it is that's gonna make sure you're protected, and make sure we get you taken care of.

CHS: Right, right and...
SH: Because you're, you're really our life line to what we're doing, we got to make sure we ah... get you taken... and you know when you can basically bank on what you're gonna get done and how it's gonna work and get, get paid back.

CHS: I understand, okay, so uh... the way, the way I understand this is, is you need to move the price of the stock up a little bit, uhm... and...

3

318C-MM-110818-AA37

SH: Not much, just to... just enough to get enough trading in there for a few days where it gets, you know, 5,000 - 6,000 shares a day for a couple, for four or five, six days and that's it.

CHS: Okay. So, okay, so basically you're looking for 25 - 30,000 shares to get bought uhm... uhm... say between...

SH: If it...

CHS: ...between like uhm... 25 to $50,000 worth of volume to come in, into the market.

SH: Right.

CHS: Okay. Uhm...

SH: And we don't really need it dropping, that's the whole other issue.

CHS: Of course...

SH: (SC - UI)

CHS: ...of course, you're not, you're not looking...

SH: And there's, and I, and I (UI) the float, there's not any float out there, I mean there... the float's very tight, and there's, there... we've been picking up a lot of the float, I mean I know there's 400,000 shares in the float, I almost know where 200 and some thousand of that is, it's in, it's in our, it's in our guy's hands so... the float if, I would bet it, I, I don't think you can buy ah... to be honest about it, I don't think you could go to the market and buy 15,000 shares without it going over $3.00, cause I don't think there's that much left in the market, we've got it at 2.70 and 2.80, that's one of the issues I told Steve, I said you know I, I don't know that this thing don't end up at three and a quarter or 3.50, about... because when you start trying to buy it, the price goes up. I said what do we do about it, but I don't have a problem, you know, unless you have some people that would sell some of their shares, and you know, if that meant that we needed to sell some in and give it back, you know, that wouldn't be an issue either, cause I know who's got it, they're not... they're not interested in keeping money, they're interested in making sure the company succeeds and we grow and get to the next level and that's what we're doing here, cause Steve said we're borrowing some money, but ah... at 50 cents cause we don't want to sell our stock just to... we don't want to do a placement at, at a $1.50 cause we have limited trading it, we want to get our merger done, to be honest about it, we're, we're pretty

4

318C-MM-110818-AA37

| | |
|---|---|
| | much we'll be, we'll be profitable in the quarter and be putting cash on our balance sheets going forward. |
| CHS: | Got it, okay. Okay, so, is, is... what you're saying is, is, is, it is a very tight float and, and if over a period of five days uhm... or, of ,of five... |
| SH: | Richard, can I ask you one question, to hold one real quick second, (UI)... |
| CHS: | Of course, sure. |
| SH: | Hold one second. |
| | (pause/on hold) |
| SH: | Sorry about that. |
| CHS: | No problem. Okay. |
| SH: | Okay. So yeah you're right, that's, that's what we're looking at, and of course we can you know, we can stay on top of it (UI) so we know what's there, it's just, you know, basically it's a short term deal where uhm... you know whatever you think is the fair profit, cause you know we don't... we just won't, if you take it out of the market and it gets... we'll take it back at a profit, not a problem, you just tell me what the upside needs to be and we can go from there, just till we get this stuff done, cause that's all we needed was the five days. |
| CHS: | Okay, so, uhm... you're looking for 5,000 shares a day to be bought over five days? Let's, let's, let's take that as a, as, as the basis. |
| SH: | Correct. |
| CHS: | Okay, you're, you're saying it is, it is a tight, very tight float so you're feeling is that, that 10 - 15,000 shares should bring it over $3.00. |
| SH: | Yeah, I think there may be, you know 3,000 - 4,000 shares... |
| CHS: | Um-hmm. |
| SH: | ...maybe at 2.80 at most, but I don't think there's any more than that. |
| CHS: | Okay. And how would I... I have no problem doing it, uhm... how would I be |

5

318C-MM-110818-AA37

|     |     |
| --- | --- |
|     | protected on the down side for... forget about my profit for a minute, but, but, to know that, that those shares are gonna be taken off my hands? |
| SH: | Uhhhh, we can do a note, we can do, I can let you hold some other stock, I mean I can do whatever you think would feel, feel comfortable ah... being able to do, I mean I can show you my gaming assets of where they generate uh... (UI) we have a 500 slot machines, it's just a matter... I got to try not to mix apples and oranges in my money so if uhm... you know, just whatever needs to be uhm... done we'll figure out, I can figure out how to protect you there, but, we'll just take yeah, you set a date and we can give you ah... a promissary note that we're gonna buy 'em out, I can do that, that the company will buy out, I'll give you a pre note for whatever money you spend... |
| CHS: | Okay. |
| SH: | ...we can set up a note and give you that where you know you're gonna get bought out. |
| CHS: | Okay, and it... because I, I mean I'm, I'm not looking to buy them, then turn around and sell them. |
| SH: | Cause I know you don't want to keep 'em. |
| CHS: | Because, right, that's the, that's not the business that I'm in, and, and... |
| SH: | Right. |
| CHS: | ...you know as well as I do that, that it's gonna go, if, if I sell them it's gonna go down faster than it goes up.   So, and that's... (SC) and that's not gonna do either of us good. |
| SH: | (SC)   Well, yeah, it, yeah it will, once you buy 'em, well it would stay around the (UI) you know, whatever they're bidding at, you would, if you bought there would be some, it's been pretty tight cause we, there's some pretty good support down at 2.40 - 2.50 that has always been there, as you can look and see, like we took in 25,000 shares one day last week. |
| CHS: | Um-hmm. |
| SH: | It didn't drop it below 2.50 - 2.60. |

318C-MM-110818-AA37

| | |
|---|---|
| CHS: | Got it, yeah I, I see... |
| SH: | Okay, you can look at that day. |
| CHS: | I see ah... ah... V-Fin... V Finances on, is on the bid, so they're... they're... |
| SH: | Right. |
| CHS: | ...they're taking in shares for you? |
| SH: | Well not for me, they, they just take 'em in, they... they're, they're, they like the, they like the company. |
| CHS: | Got it, okay, okay. |
| SH: | I mean they've, they've been there, you can look at March 31, there was 40,000 shares sold all it was taking in, and that's, we've cleaned most of it up, I think there's 12,000 total shares out there that we don't, can't account for right now, and that's what we just pulled the DTC report and I can send it to you, I can show it to you what's there. |
| CHS: | Okay. And, and, two questions, two - two other questions, so, so moving, moving this stock up, you know and, and let's say we get it to three and a half - $4.00. |
| SH: | Yeah, I'm not even care... we, we don't even care if it gets to that high, I mean it doesn't have to go above $3.00, I mean the... the less money you end up investing you know is just a little, better for all of us, it's a matter of getting enough shares bought, you know five, getting uh... three fives, getting enough where there's $25,000 worth of daily volume in there and that's all they're looking for. |
| CHS: | Uhhhh, okay, now... okay, okay, so, so, so you're more concerned with showing the volume really... |
| SH: | Yeah. |
| CHS: | ...than you are about necessarily the price appre... |
| SH: | Right. |
| CHS: | ...price appreciation. |
| SH: | That's correct. |

7

318C-MM-110818-AA37

CHS: Okay, so you, what, you, you've got what a, a lender or a funder that's, that, that wants to see some volume?

SH: That's the concern, we don't have any volume and any liquidity in the stock, that's Steve's whole issue.

CHS: Got it, okay. All right.

SH: So if we have that, he's already got, we've got the rest worked out, either way we'll, we'll take it out, we're closing enough other stuff we can do it, we can do it, but that's really the issue.

CHS: Got it, okay. So, so, if, if, if, if I'm spending 50 to $60,000 in stock, uhm... you could, you could assure me a $10,000 worth of, worth of profit say after...

SH: Absolutely. Not a problem.

CHS: Fine.
SH: As long as I've got you know a week notice to get the profit and do all the work...

CHS: Um-hmm.

SH: ...I can do that without a problem.

CHS: Okay.

SH: And I can e-mail you and show you, I'll just take, uh... worse... if something catastrophic went wrong, I'll just pay you out of my gaming company, and I can show you the daily takes on that if you need to have that.

CHS: Gotcha. Is; is the gaming company related to WNDM?

SH: Nope.

CHS: Oh, okay.

SH: It's private. No, not at all.

CHS: Oh, oh, oh, okay. Okay.

318C-MM-110818-AA37

| | |
|---|---|
| SH: | I have 500 slot machines in West Virginia. |
| CHS: | Cool, all right, interesting. So, now, (stutters) W, the, the public entity is a Texas based company, but you're based down here? |
| SH: | Well they operation office is right now, the lady that runs it is, is in Fort Lauderdale. |
| CHS: | I see. Got it, got it, got it. Okay. I'll tell you what, let me, let me kind of mull this over in my mind, I, I, I, this... |
| SH: | Okay. |
| CHS: | ...it, it's a, a little different from what, what Steve had said, let me, let me just think this through a little bit, I... I don't know how we could work out getting together tomorrow, uhm... (SC) Let me, let me kind of think that through. |
| SH: | (SC) Yeah, and get whatever we need to do to take care of it to make sure we cover you and you make your profit, that, you know, as I said, we don't mind owning it, we understand that, we're just trying to close our other (UI) and we, we would, you know, whatever the price, we just need to know what you want to make out of it and what it is and we'll take care of that and that'll just be paid and then we'll just transfer the shares to one of my guys. |
| CHS: | Got it, okay. |
| SH: | And I just bought out $300,000 worth of debentures that's why we're there that I wanted to protect on another public company, we just paid cash for 'em, 300,000 in my debentures. |
| CHS: | Wow! |
| SH: | And that, and they... |
| UM: | (UI in background) |
| CHS: | So. |
| SH: | I'm at the airport trying to get through. |
| CHS: | Got it, okay. Let me, let me have a, a, a number I can reach you at either late today or first thing tomorrow morning. |

318C-MM-110818-AA37

| | |
|---|---|
| SH: | Yeah, you can call me at, you can call me at... any time, I land at 7:15 Fort Lauderdale, 954/ |
| CHS: | Um-hmm. |
| SH: | Uh... 319- |
| CHS: | Um-hmm. |
| SH: | 1209. |
| CHS: | Okay.  We'll, we'll talk certainly within the next ah... 24 hours. |
| SH: | Okay, perfect. |
| CHS: | Okay. |
| SH: | Okay. |
| CHS: | Talk to you. |
| SH: | Thanks. |
| CHS: | Bye-bye. |

(END OF CALL)