FILE NUMBER :            318C-MM-110818-AA38

DATE OF TAPE:            OCTOBER 7 AND 12, 2009

TIME OF TAPE:            VARIOUS

TAPE NUMBER:             592

TYPE OF TAPE:            TELEPHONE

CASE AGENT/SQUAD:        SA MICHAEL SPUTO/C-1

TRANSCRIBED/TYPE BY:     ANGELA M FLORES

DATE TYPED:              JANUARY 28, 2010

PARTICIPANTS:            CW - CONFIDENTIAL WITNESS
                         SH - SCOTT HAIRE

ABBREVIATIONS:           UI - UNINTELLIGIBLE
                         PH - PHONETIC
                         IA - INAUDIBLE
                         SC - SIMULTANEOUS CONVERSATION

First Call

CW:     This is Richard Epstein.  It is Wednesday, October
        7th, approximately 4:42 PM.  I am taking a call from
        Scott Haire.  Hello.

SH:     Richard.

CW:     Hey how you doin?

SH:     Oh I've had greater and better weeks.

CW:     (laughs)

SH:     Um just so many things happening.  Um you got a few
        minutes?

CW:     Yes, yeah.

SH:     UI

CW:     Yeah, yeah I'm, I'm up here because um...

SH:     Is your daughter getting married?

CW:     Right, right.

SH:     Congratulations.

CW:     Thank you, thank you.  So I've been you know working
        a little bit, running around trying to be father of
        the bride you know and also be a good husband.

SH:     Not an issue.

CW:     (laughs)

SH:     Glad you're enjoying it yeah and, and Robert and Rob's
        a nice guy.  He's really a super nice guy.

CW:     Great, great.

SH:     Everybody that worked out fine.  I think that'll be
        good for everybody long term.

CW:        Fantastic, I'm glad good.

SH:        Now let me talk to you about my serious issues.

CW:        Sure.

SH:        Okay and my 3 public companies.

CW:        Okay.

SH:        One of which I don't run but one of which is I am furious and fit to be tied with people.

CW:        Hmm.

SH:        Because I've gone through at least if I was guessing at least 3 quarters of million to $1 M with IR guys.

CW:        Wow ok.

SH:        And every time they've had stock they've come back to bite me in the tail.

CW:        Of course, of course.

SH:        Every time I've given cash they've never done what they're suppose to do.  So I can't win so I'm just a smuck.

CW:        Hmm.

SH:        I mean I think I'd be better if I bought a great company.

CW:        Um it, it can be done it just needs to get done right you know and, and 90% of the people that are that, that, that are doing this you know are truly in it for the short term and, and for whatever reason you know but what I have found is you know they'll, they'll take your stock they'll do you know a little bit of buying you know they might have, have a $100,000 worth of your stock.  They'll buy $10,000 worth of it and they'll blow the $110,000 worth of stock back into the market the following week and then

3

the money that they've derived ends up going up their noses anyway you know and they're on to the next deal you know and the people that, that I try to deal with are, are guys that I can go back to time after time after time who will do the right thing and guys come to me to get things done to do the right thing because they don't get screwed you know and, and it's really all about building relationships. That's all it is. It's so simple but a lot of people just don't get it.

SH:     Do you know a Steve Koifman?

CW:     Yeah ah ha.

SH:     Tell me what you know about Steve.

CW:     (sighs) Steve has the Steve works with me. Steve has the where with all, Steve let me back up. Steve has a number of very you know Steve Koifman right? K-O-I-F-M-A-N?

SH:     Hmm.

CW:     He's located in, in, in Boca.

SH:     Hmm, hmm west Boca.

CW:     Yeah.

SH:     In his probably late 30's, 3 kids, 2 kids.

CW:     Yeah, yeah, yeah.

SH:     Yes.

CW:     Yeah. Um he, he has a couple of web sites that I have seen get results. He talks a good story that he's gonna bring buying in but often times when he needs to bring the buying in he calls me. Now he has not called me on all though I spoke to him the other day about a company but it was not your company or one of your companies I don't believe.

SH:     Loan Care?

CW:        No, no definitely did not bring up Loan Care.  Has not has never mentioned Loan Care to me.  (phone ringing in background)

SH:        Before I ever met you he had been working with me (phone ringing in background) trying to get the deal for 8, 9 weeks.

CW:        Hmm.

SH:        Seven weeks got me to agree to the deal and has had and said this is no big deal and basically with small, small stuff cause he said look I'll just tell you the deal 50,000 shares free trading and 20,000 shares restricted was gonna bring in overtime 4 to 1 we weren't looking for gigantic daily trading.  We were just looking to start getting activity so you have liquidity cause the price is so high.  I guess you understand that.

CW:        Right.

SH:        People gotta get in and you know we've had some of the most incrediblest news I UI stand to close certain deals where we were suppose to close and I've, he's absolutely done zero.

CW:        (laughs)  So, so let me, let me, let me...

SH:        And he was referred to me by probably someone else you know.  Uh you probably know a guy and I've known Dana Salvo?

CW:        No, no.

SH:        Dana's in Boca as well.  Dana's um, um a straight, pretty straight shooter and Dana before I ever knew you Dana had brought some guys in that had basically um basically got me um how would I say it ah in April before I even knew you got me in with some guys that thought they could handle Wound Care couldn't handle Wound Care.  I mean you know the whole story I mean I've been tattooed with the stock UI that had been done and everything else that was done you know just wasn't what they were suppose to be and um you know

5

we, we were set to go and my concern is you know I'm sitting here Steve evidently just had aunt that died yesterday you know everyday and the way he had it worked I said look I'm not looking you know he said here's the way it is it'll, it'll start out about 4 – 5,000 and work it's way up to 7, 10, 12 and you know it'll just keep going and then he said if you want to turn over and keep redoing I can take care of it all and do that.  Um you know because it's a tight flow.  Wound Care has always been a tight UI.

CW:         Hmm.

SH:         But in order to get it over the hump you need some better trading you know, you know you don't need a stock that trades by appointment.

CW:         Right.

SH:         You need to get people in there even if you're not trying to increase and I said Steve I don't care if you really you know I'm not trying to blow the price out if I have liquidity in trading then it's gonna help the overall story when you, when you UI AMEX cause that's were this thing needs to be...

CW:         Hmm.

SH:         ...with what you know especially that we're gonna be propped on the fourth quarter and um you know so I timed it right so he's basically hosed me for 2 weeks. (laughs)

CW:         And he said his aunt died.

SH:         Well that was yesterday's excuse and he's in Cleveland and disappeared on his phone and I didn't know how well you knew him or what you knew about him. Uh...

CW:         If were talking about the same Steve Koifman he's not in Cleveland.

SH:         What's his do you have his cell phone number?

CW:         Yeah it's a 954 cell phone.

SH:         Is it 954-461...

CW:         Hold on I'll tell you one sec let me just look it up.
            Yeah that's it.  We're talking about the same Steve
            Koifman.  (laughs)

SH:         And you don't think he's in Cleveland today?

CW:         I, I don't think so.  I mean maybe you know what I
            shouldn't say that maybe he is because I called his
            cell phone so maybe, maybe I reached him in Cleveland
            you know he certainly didn't say anything to me about
            it.  I mean we were talking about another deal.  Um
            was it today or last night I'm, I'm it was last night.
            Yeah it was late yesterday.  It was about 6 o'clock
            yesterday that we spoke.

SH:         461...

CW:         6378.

SH:         That's it.

CW:         Okay.

SH:         (sighs)

CW:         And he has um Stock Street Capital and a number of
            other web sites.

SH:         Why would the guy lie?

CW:         (laughs)  Because he's not telling you the truth
            that's why.  (laughing)  Because he has nothing to
            tell you.  He promised he, he, he had he had promised
            to bring you in a certain amount of buying you know
            he got what 50,000 free trading shares?

SH:         Yeap.

CW:         So that's $100,000 worth of stock plus, plus, plus.
            He couldn't I mean I'm, I'm, I'm looking at the
            trading he couldn't have dumped it all out yet.

SH:     No he hasn't done anything my guys have been the one buying it and I know where the stock is.

CW:     Um and I'm really surprised that he hasn't spoken to me about it.

SH:     He probably stole it straight out (laughs) UI.  Can you handle this company?

CW:     (sighs)  When do you want...

SH:     UI priced high.

CW:     (sighs)  No, no, no I mean it, it can be done when you know what, what's your time frame and I'll, I'll tell you what my time frame is you know.  Um I'm, I'm gonna be up here until the 15th.

SH:     Right.

CW:     Um I'll be back on the 16th.  Um you know and I mean realistically it'll be like the 19th before I'm "back in action."  Um you know and if you can wait until then we can definitely, definitely, definitely do something.  I mean you know I've got some people and I certainly wouldn't use Steve you know he uses me, but I've got some people look what, what you're looking to do is bring some liquidity into the stock right?

SH:     Yeah bring in constant you know constant buying and I and I said look you know he said look if you bring he said I got a group in Tampa that if you really want to bring this thing to the next level you know bring in 250,000 shares they'll give you 5 to 1.  I said you know I said that, that's probably way too much...

CW:     Hmm.

SH:     ...to have that kind of stock.

CW:     Right, right.  I mean you, your, your looking to bring in 25,000 shares a day, 40,000 shares a day...

SH:          At most.

CW:          ...steady right, right.

SH:          At most.

CW:          Without bringing attention to it, without having somebody knock on your door at 6 o'clock in the morning you know saying what, what the hells going on.

SH:          Correct with, with, with the gray story.  I mean and here's why, and here's why I'm so pissed off.  We've got the announcement you know cause we have no eyes on this stock and this is what really is tough.  I've got my cancer announcement coming out about Celebrate (PH) in about 10 days.  Which was the perfect announcement to really take this thing to the next level and he planned all this to set all this up and said ok if we get this out on the week of the 19th which would have been the week it would have come out based on there, there would have been reasons for this thing to go through the moon after you have people looking at it.

CW:          Absolutely because volume...

SH:          But know...

CW:          ...volume already gets more with volume.

SH:          Well you understand the announcement that's coming out is about Celebrate creates cancer growth by some major doctors at the big Lisbon Spain Pharmacy Conference.  Which really puts you out in that lib that says now you're no longer really you are a device but now you're limped into the drug because you've got signs of evidence by doctors that this does suppress cancer.  Everybody has been waiting on that study.  I mean that study...

CW:          Yeah.

SH:          ...revenue if you go at what we just bought a Bomax (PH) company and he's basically you know we had some

friends that were gonna get, get some additional cash put, but that was my whole issue with Rob...

CW:        Right, right.

SH:        ...is that I couldn't get enough volume in there, I would have just done it with him you know.  I was kinda saying ok you know I really got my liquidity there and worked on this but Steve had all this figured out said hey you know I can bring this in he'd been working, I said you know I don't want to go through another deal went through in April you know and I know we had talked and you and I just never hooked back up cause I had already Steve had already been bugging me on it and I knew it was a hard deal and I was sitting there saying ok what you know let's keep separate, separate.  You had brought Rob to the table so I said I'll keep that separate...

CW:        Right.

SH:        ...work and there, and there I get hosed (laughs)...

CW:        Unbelievable.

SH:        UI

CW:        Let me do this you know (clears throat) I, I've got to run out otherwise I've got to get a divorce attorney.

SH:        No, no, no you take care.  We can talk in the morning if that's...

CW:        But, but, but let's, let's let me kinda mull this though, think this through.  Um, um, um...

SH:        Let me just tell you this story he's asking me says my guys want VHGI too because I won't turn it over to anybody.  It's 25 by 28 and it's got an anlister (PH) port coming out and he said you know we can do a great job on that too and this was 2 days ago.  I mean I beat him up on Monday night let me let you round.  I mean I beat him up so far that Monday night not UI Friday morning, Thursday morning I said you

know what I'm just tired of being lied to.  If can't his buddy said give him the stock back, oh no we're gonna do a great job.  I can let you listen to my voice mail.  Just you know if you want to call me I know you've got your stuff done, if you want to call me tonight feel free or anytime but you can call me anytime Richard you know that.

CW:        I will give you a call tomorrow morning...

SH:        That's fine.

CW:        ...and we'll go and, and let me kinda think this through.  I'll, I'll come up with something for you though.

SH:        Okay.

CW:        Okay?

SH:        Thank you.

CW:        You got it bye, bye.

           Call ends

Second call

CW:     This is Richard Epstein.  It is (phone ringing in background, CW says "I got it") Wednesday, the 8th of October.  I'm taking a call from Scott Haire, 9:55 AM.  Hello.

SH:     Hey this is Scott.

CW:     Hey, how you doing?

SH:     Good.

CW:     Um what why don't you tell me about your conversation with Steve first because this is going to involve Steve but I don't want to do anything until I speak to you.

SH:     Well Steve gives me you know I know I screwed you, I know all this is there...

CW:     (laughs)

SH:     ...I you know I thought you know he says I, I, I've got my guys at Wide Stock Alert.com, I don't know who the are that you know he said this should have been a no brainer.  I don't understand why you know and then my aunt died.  So I was out a couple of days.  You know I had to go deal with this on Tuesday and I, I'm gonna be on the phone.  I know, I know I said this was you know that I'd get this and I will get this done, I just have to stay on the phone you know all this.

CW:     Hmm.

SH:     All, all stuff that I said well Steve you know the issue is you know I had certain things lined up based on you know any time you have liquidity in stock everybody loves the Wound Care company.  They know it's going to hit because it's in the right area.

CW:     Correct.

SH:         Fortunately when you and I said and you just blew my cancer announcement out of the water.

CW:         Hmm.

SH:         Because that 2 weeks was leading right in.  I think I told you this yesterday.  He said you know I, I know so now he's saying I need you know the news on Monday with Cifra (PH).  Um that's, that's our new diabetic database.

CW:         Right, yeah.

SH:         That's coming out, which is, which is you know with, with all the MR and everybody and with Phizer (PH) coming to private access we were jumping the gun on everybody else and gonna be first to the market with ah the secure database for everything.  I'm talking about all the patients and everyone else but that, that's a different scenario and he just said you know I'm gonna get this done.  I promise you and that we'll have this done, but you know I said Steve I can't believe your guys you know.  I said what happen to the guys on Tuesday that were coming in with 7 buying 7500, 10 and then the next day you had guys not to buy another 10.  I said what happen to those guys and he said I gotta find out what happen to 'em and you know I, I left my phone in um I didn't have my phone all day yesterday cause I had to leave for this thing um Tuesday (background noises) and I just forgot it and that's why you know.  He called me at 7:15 this morning so.

CW:         Ok.

SH:         But I don't know.  You know I mean I don't know if he can do anything to be honest about it.  I mean ah I tell ya what I don't know where to go.  I mean I know what you're tell me your thought but I thought maybe what you thought is UI.

CW:         Ok here, here's, here's my thoughts and, and actually what you're saying might make this work even a little better and, and again I didn't want to do anything. I didn't, I didn't want to talk to Steve until I spoke

to you first and make sure that you're on board and you're involved in all of this and then, then um if you are then I will call Steve and tell him that just coincidentally you know you had called me that you and I have been doing some business together with regards to the, the um restricted program and, and um low and behold you're you know you're name came up small world and I think I can help you both out. Here's and you know and, and this could not have come at a worse time obviously because I'm up here you know I'm not hands on.  I'm very distracted.  (laughs)

SH:      Correct, rightfully so.

CW:      (laughs)

SH:      I called you, I called you a one because you know I, I, I, I knew this was I didn't you know, know this was going to happen and he and you know he I. I, I went through this months with him.

CW:      Hmm.

SH:      Ok we went through and wrestled this months.  I mean 6 weeks for him to say ok can you really go through this ok and, and a guy that knew him said yes.  He's never had an issue he's not said he took 1 from $1.25 or $1.30 it went beautifully getting up.  I mean there is no real stock in this market except for where I know it's at and you know my guys were gonna bring some in at price.  That's why, that's why I said you know I pulled the dollar one off because he told me to pull it out.

CW:      Hmm.

SH:      We you know that's about I pulled it out that's why I said ok well this kinda works cause this goes back before I talked to Rob about his situation you know when you called me and said Rob's got a spot let's, let's go I said well this kinda works UI that was 3 weeks ago, 4 weeks ago.

CW:      Right.

SH:     I said I'll pull the dollar out.  I'll just you know I'll have enough here.  I'll, I'll protect that stock that's great.  I'm getting a better deal over here with Rob on, on this if I and I'll just let Rob call me when he wants, when they want, want to pick up some more.  That's a better deal you know...

CW:     Correct.

SH:     ...I mean for those guys long term.  So that's a beautiful thing.

CW:     Well here's, here's, here's...

SH:     My question for Steve is does he really have guys he can get in, can you?   You know and, and, and I don't have a problem.  I said Steve look if you tell me we take this to the next level in 2 weeks we bring in everybody else gets paid some more, I've got all that lined up but we got perform.

CW:     Ok.  Here's I've got to make a couple of calls and I wanted your ok...

SH:     That's ok.

CW:     ...before hand ok.  I've got a guy, I've got a broker who um and again I wanted your ok before I, I, I talk to him.  He has a bunch of discretionary accounts...

SH:     Hmm.

CW:     ...and with those discretionary accounts depending on how much cash is available in those discretionary accounts at various times, he will um go out and purchase some stock put it into, into those discretionary accounts and with the idea that it's not tilting the accounts you know all that much. These are accounts with you know $30M in them, $20M in them...

SH:     Who?

CW:     ...and he goes out and buys $25,000 worth of stock in a, b, c, d you know he's not gonna get questioned.

15

It's, it's not gonna (phone ringing in background) you know...

SC

CW:         On a percentage basis.  It's not, it's not a huge amount.  Hold, (phone ringing in background) hold on just one second (someone speaking in background) (CW speaks to person "please").  Um he you know and, and again I've got to talk to him to see what kind of cash he has available uh you know in these accounts to, to do some buying and, and you know where you gave Steve 50,000 free trading shares which is well over $100,000 worth of stock to protect you, to protect him the idea is to start, start off very small with a guy like this.  You give him 10,000 shares.  For the 10,000 shares he'll buy 30,000 shares.  Let him show you what he can do.

SH:         And you know what if I caught, if I had that run up there, I can take care of everybody because look we know what's there.  It's just gotta be a win for everybody.  I think you know me.

CW:         Hmm.

SH:         I'm not trying to get rich off this.  I'm trying to make this, this company has a real product, real value it needs eyes on it.

CW:         You need, that's exactly right...

SH:         And with that...

CW:         ...you need the eyeballs.

SH:         You know I'm in with a group right now that's got an Orthopaedic from the Mayo Clinic.  They're, they're sitting here saying man you guys UI you know it comes out like ours does.  I mean I've got all kinds of great medical stuff, I just don't have any capital in this thing...

CW:         Hmm.

16

SH:     ...and that's what you know I'm setting it and Steve's put me in a bind cause we had $1M loan into our parent based on ok we we're gonna bring in and do some more inventory rounds and he, and he created a hole in my inventory cause the plant is shutting down (laughs) for a month.

CW:     I understand.

SH:     And, and you know that's why I said and there's little things but I need him started, get started today but go ahead tell him look you and I have been doing business together.  I voice my concern cause I couldn't get a hold of him yesterday, he disappeared and I said did you know him.  I brought it up and I said I'm kinda stuck.  I said I probably messed up but not coming over to you Richard and UI but I was already talking to Steve...

CW:     Hmm.

SH:     ...through another friend you know we were you know you and I had a tough time gettin together on some other stuff...

CW:     Correct, right.

SH:     ...and we couldn't do any business and, and just say Steve you know Scott you know we need to manage this and get this uh running.  What are you gonna do and see where he goes and just call me when you get back on, when you get back.

CW:     Well...

SH:     I'll take care, I'll if you can manage it and help out I'll take care of the side of, of where we go with this with you.  I you know I'll you know I'll take care of what needs to be done.

CW:     Oh I, I have no doubt there.

SH:     I think you know that from when I deal with Rob.

CW:     Yeah, yeah.

17

SH:         I you know...

CW:         I have no doubt there.  Um, Um...

SH:         And that's why I'm frustrated.  I said Steve I did everything you asked me to do.  I said you've put me behind...

CW:         Hmm, hmm.

SH:         ...2 weeks you know how can I really trust you.  Now you're ask me for VHDI.  I said I'm scared to death (laughs).  I wouldn't do anything there.

CW:         Of course.  Let's, let's look out over the next 30 days you know between now and, and let's say the middle of, of...

SH:         Novemeber?

CW:         ...November.  What kind of volume are you looking at? Would you like?  How many shares would you like bought, let's say in a 30 day period.

SH:         Well he was trying to bring in 200 to 250.

CW:         Hmm.

SH:         In a 30 day period.

CW:         Ok so he was trying to bring in 200, 200,000 shares which would be between $400 and $500,000 worth of buying in essence.

SH:         Correct.

CW:         Ok.

SH:         And then he wanted to roll it up with another you know as all these announcements come out, he wanted to bring 1 of his heavys in here and, and, and I had another couple hundred thousand shares that we could've played ball with and bring another million shares over you know over the next 6 months and let

18

|       | this thing run and take on go to AMEX.  Get off this board and, and move on to AMEX cause I'd have enough money to bring in a placement 2 million fall in AMEX and now get up to the next market. |
|-------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|

CW:     And this was gonna be coordinated with the press releases that you were gonna come out with.

SH:     Yeah I have

        SC
SH:     I had plenty of I still have plenty of press because...

CW:     Right.

SH:     Biocare and Italy announcement contract signed.  I mean when the CE mart gets filed I mean all this thing you know there's and revenues are filing gonna kick in this quarter that gives you UI.  The 3 announcements I'm bring 100 reps on.  I didn't need much more money but I had timed it right to where I can get to the end of the year you know, you got trading in stock ends up and this things gonna jump into the 3, 3 and a quarter range cause you know if can you know it can be the price anybody wants it to be.  You want your guys to get in enough but if people see the announcements it should be over $3 at that stage.

CW:     Right, right.

SH:  UI

CW:     The volume, the volume will bring in more volume.

SH:     Yeah, correct.

CW:     And, and therefore the price appreciation you get it over 3 but the, but the first step is...

SH:     UI $2 for $3M if you want to bring some new capital in.

CW:     Right and, and...

SH:       At 1.4 stock.

CW:      ...you know the first thing is, is to get the eyeballs on it so.

SH:       Absolutely.

CW:      So if we can get a couple hundred thousand shares of volume of buying in there get the eyeballs on there um you know in essence about $400 - $500,000 worth of buying which is why you paid them the 50,000, 50,000 shares UI.

SH:       Almost 20,000 restricted.

CW:      Right plus the 20,000 restricted right.  Which before you know it you know the legend comes off.

SH:       Absolutely.

CW:      Uh ok.  Here's, here's what I want do number 1 I am going to call my broker buddy.  Um and see what slots he has available, see how much discretionary buying he can do over the very, very, very, very near term. What I would like you to do is, is you know let's start off with 10,000 shares and I'll tell you um, um it'll it's gonna go to in essence like a third party dummy corporation that he has set up.

SH:       Right.

CW:      Um and (sighs) um it's um Neptune, Neptune Bay what the hell is his name?  I'll get you the exact name but it's, it's I'll send it to you in an email actually.

SH:       That's fine.

CW:      It'll be easier, Neptune Bay something LLC and, and you know just have those shares prepared...

SH:       I will.

CW:      ...you know and it...

SH:     It'll take me 24 hours.

CW:     ...that's, that's fine.

SH:     UI 48 cause the guy send it to the transfer...

CW:     Of course.

SH:     ...and they got to send it out but I can take care of that in, in a couple of days.  That's not an issue, you'll have 'em.

CW:     That's fine.

SH:     And, and I think you if you tell him the guys gonna get UI...

CW:     Yeah, yeah.

SH:     ...in return.

        SC

CW:     He, he listens you know I he listens...

SH:     He trust ya and you know he knows what it's all about. I'll take care of that

CW:     Um I am then, I'm also going to call Steve and tell him that I'm bringing this guy on board and, and this way Steve can get involved and quite frankly it's gonna be a way for Steve also to make some money because as the buying comes in Steve is going to be able to liquidate his shares.

SH:     Hmm.

CW:     You know um...

SH:     You gotta get me in this thing where my guys get some, some stuff so we can get started.  That's my problem.

CW:     Well absolutely, absolutely and as this goes on what, what, what you're going to do is let's say the stock

like right now it's $2.10 by $2.30 ok.

SH:     And, and my bid guy will tighten it up if they know that we got some stuff comin in.   That's not a problem either.

CW:     Ok but if you also know or you, you know say you know what you need to get somebody out of 5,000 shares um can you help me out you know I'll tell you fine, have him go up there at $2.25 and my guy will take him out.

SH:     Hmm, ok.

CW:     Ok so it's, it's um it, it's accomplishing a number of things at the same time.

SH:     It was, I mean I had my guy that had shares in you don't understand.   I was gonna get 50,000 free trading shares back.   I was also going to get 300,000 free trading shares of VHDI back to get one of my guys out that was UI it was gonna move a couple thousand shares a day.   Ok, now imagine that, he's capped and we got assets back.   This thing was worked out fine. I've met with Steve so many times.   I timed this perfectly and he totally dropped the ball, for what reason I don't know.   I mean the guy's all vouch for him.   I told him I've been burnt in April on a group that said they could do it.   I, I lectured him if you can't do this, it's too high priced...

CW:     Hmm.

SH:     ...not an issue cause I see how tight this thing is.

CW:     Ok, I'm gonna, I'm gonna it, it, it's my challenge now and I'm gonna make this work.

SH:     Ok.

CW:     Ok? I'm...

SH:     And I'll take care of you just know what we gotta get done.

CW:     Fine, fine.

SH:        You let me know what we gotta get done, but I need him I tell Steve, Steve UI you gotta prove you can buy something.  I don't care if it's 5,000 shares for that, you gotta prove something...

CW:        Right.

SH:        ...with everybody's suspect.

CW:        Right.  I will, I will get this all coordinated. It's gonna take me a day or so...

SH:        I know it will.

CW:        ...and, and, and I will, I will get this all coordinated.  I will call Steve during the day today.

SH:        UI

CW:        I will kinda report back to you.  I'll send you an email also.  Um...

SH:        You don't need me to call him and tell him your UI.

CW:        Nope, nope, nope, nope.

SH:        You want to do that all yourself.

CW:        Let, let, let me take care of it.

SH:        I agree cause you want him to know you want him to know that ok that since you've done so many deals and took care of him that I you kinda wanna keep that pressure on him.  Is that kinda of what your thought is?

CW:        That's exactly right.

SH:        I thought so.  Ok.

CW:        Yeah he owes me and, and he'll he, he's not gonna have a choice.  So he'll, he'll, he'll do this for me.

SH:        Ok.

CW:          And, and...

SH:          I just you know cause you understand the critical of being 10 days and no buying.

CW:          Hmm.

SH:          And he'll you know got him in a few challenges.  My guy put 30,000 more in trying to take care of other guys so we didn't look like we were full of crap but you know my guy only has a little bit of cash cause he's buying other stuff and, and it was just crazy. So that's why you know I tell Steve I said today's imperative.  Everybody is watching to see if you're going to be able to do what you said you're gonna be able to do.  At least get some in here today, some tomorrow at least you know if we end up with 7,500, I said $16,000 is not, not any money.  I said Steve you're not talking about buying up the world here. I said you know $2.30, $2.35 you prove they're there and the bids come up to $2.20, $2.25, I said now you got cause there's no sellers out here that's gonna hit.  I said if you might have 20,000 discretionary shares that we don't know about.

CW:          Of course right.

SH:          Ok.

CW:          Correct, correct but I will get on it and then you and I can coordinate you know if you got somebody that needs to get out of some shares you know I tell you that x number of shares are buying coming in and then you know that person can go low offer or if not you know the buying will just be random buying in market, but we're gonna get it taken care of.

SH:          Ok can you I've got a gentleman leaving.  Let me...

CW:          Go, go, go ahead, go ahead you and I will talk later about it.

SH:          Ok I appreciate it.  Bye.

CW:          Bye.

Call ends

Third Call

CW:     This is Richard Epstein.   It is Monday, October 12th, approximately 2:43 PM.   I am calling Scott Haire.

(dial tone, numbers dialing, phone ringing)

SH:     (recording)   Your call has been forwarded to an automatic voice message system.   954-319-1209 is not available.   At the tone please record your message. When you are finished recording you may hang up or press 1 for more options.   (beep)

CW:     Hey Scott, Richard Epstein.   Um got your email.   Um I spoke to Bauer also.   Um let's you and I talk directly.   Um we'll see what ah what can get done here.   I'd like to kinda come, come up with a with a coordinated plan and you know see what um Koifman has to say, we'll see what you have to say with regards to ideas and I really think things will get worked out and um you know when all is said and done you'll be very happy.   In any case um give me a call when you can, you can still reach me is Massachusetts at 413-528-1312.   Speak to you later, thanks.

Call ends

Fourth call

CW:      This is Richard Epstein.  It's Monday, October 12th,
         approximately 5:10 PM.  I am calling Scott Haire.

         (dial tone, numbers dialing, phone ringing)

SH:      (busy signal)

         Call ends

Fifth call

CW:        Oh ok how you doin?

SH:        Oh I'm doing ok.  How about yourself?

CW:        Good, good, good you're in New York right now?

SH:        Yeah I'm in New York.

CW:        Got a little cold up here.

SH:        Oh did ah you know it's ah (chuckles) it's in the fifties so it's a little different...

CW:        Huh a little different from Florida.

SH:        Oh by far, yeah absolutely.

CW:        When are you gonna be back in Florida?  Or are you going back to Texas?

SH:        No, I'm going back to Florida on Wednesday or Thursday.

CW:        Ok.

SH:        Um depending on my meetings um tomorrow and the ah, ah next day I'm, I've got 2 meetings tomorrow and I've got to go to Kentucky on my here's, here's the reason I'm stuck in a cash crunch with what I set up with Steve and why he, why this has been such disaster for me.

CW:        Ok.

SH:        Um here's, here's what happen.  Steve when he, he went through this he had a month to back out of this deal and not do this deal.  Um we you know the guy who had brought him with me and you know had been working with me since before I even knew you guys, since April on some other stuff and Steve you know basically begged for the deal he knew I had been burnt with these other guys because he, he said this is not

28

an issue.   I've done this many times and you know he
staggered this and said ok get everything to me on
you know the shit this was back in mid September. So
we got everything worked out in mid September.   We're
not gonna start for a couple weeks.   Get everything
set up for the press and we'll be ready to go and
everything will be scheduled on the 28th.   And I said
are you know before we got in the middle of September
I said are you sure before I go cut any stock certs,
or having these things issued that everything is set
up where you can cut all this work out.

CW:        Hmm.

SH:        And, and Richard he made it very simple.   We didn't
expect him to go out and start being able to do gang
busters and buy you know 30,000 shares a day.   I mean
that was never the intent.   The intent was to
gradually you know get in here, start buying 5,000,
7,500, and you know just work your way up to where
you average out and the deal he made was 4 to 5 to
1 on what he was given.

CW:        Ok.

SH:        Ok his 4 to 5 to 1 at that stage of where he was set
up to get would've brought me in about $300,000 in
my guys that were gonna give back to us without a
problem that had stock that was set up in the position
to be able to create the float and everything else.

CW:        Right he, he, he was, he just so that I understand
it.   He was going to buy, buy stock that was put up
on the offer from your guys and then they in turn were
gonna give that money back to you.

SH:        Correct.

CW:        Ok.

SH:        And, and because they were friendly.   I mean because
the knew...

CW:        Hmm.

SH:  ...we, we want, we wanna build this company and we and, and, and, and this is why I'm so pissed off. He's got my cancer situation that now I'm in a total screw I mean I'm, I'm charred and, and here's the issue and of course and I hate it, it's kinda ironic that I know some of these other guys uh knew that I was caught it a bad deal where I originally got and and this is how I met you.  I got caught in the stock loan deal that went bad with these guys.

CW:  Right.

SH:  That's how I got to you.

CW:  That's right.

SH:  And, and, and these guys and, and, and you know and then what's put me in a bad box right now is I had made commitments 2 months ago, I didn't I'm in a deal that my cash is gonna be really solid in ah November, December because I start getting cash back I have invested in places.  I've got like eight hundred and something thousand dollars tied up in a bankruptcy in um, um Texas that we're buying a company for $4.6 M that don't close until December 1.  Well guess what (laughs) that money is tied up until December 1. Nothing I can do about that situation because that's what we do in the court.  Now that deal is making $250,000 a month right now and it's roughly $43 M of assets.  It's an oil and gas situation.

CW:  Hmm.

SH:  And you know it, it so I would have never went down and committed myself on certain things if I had not put in some plans and it's not a lot of money I'm looking for.  I'm looking for a couple hundred thousand dollars to sure up my gap here.  Well I haven't even called Rob because I knew you know their deal was every three weeks.  So that wouldn't have even give me the deal.  I, I, I kinda put Rob in place just as a small you know, you know...

CW:  Right.

SH:         ...you know what I do.

CW:         Right.

SH:         If it's $35, if it's $35,000 every 3 weeks he said
            or something.  I said naw you know what well just keep
            that there.  The stocks gonna be moving in the right
            direction.  I've had all this you know the Steve,
            Steve will have UI money coming in.  Then when I close
            my other stuff at the end of the month and next month
            well guess what I'm in the middle of the worst thing.
            I had inventory requirements in 2 companies that I
            had and he shorted me the excess cash.  I had the
            bridge gap because here's where I got caught.  As of
            tomorrow night I spent $500,000, I had mistake their
            fees for my slot machines.  Ok I couldn't rob any
            cash.  I had no cash, if he didn't create any cash
            for my guys so we and we actually put in 30,000 more
            just buying what we bought because we basically had
            the only other seller in the deal locked up and he's
            still locked up and he's playing ball with us but you
            know there gets to be a patient of where...

CW:         Of course.

SH:         ...seeing all these guys in today.  They did nothing.
            And...

CW:         Have, have you spoken to Steve since Friday?

SH:         I, I, I spoke to him this morning.  He said oh this
            is gonna be a great day.  I got everything out.  I
            mean he's the one who told me to put out this press
            release today.  He said get it out this morning.
            Everybody told me don't put out any press today.  I
            mean and, and I tell ya there's one more thing that's
            happening at UI.  This thing is, this company is
            going is, is in the greatest position that it could've
            been in.  We were at the save a limb save a life
            conference all weekend and one of the Harvard
            professors came in and they're doing a whole report
            on this company, and he said and I haven't seen the
            article yet cause I was flying today, Cathy (PH) was
            gonna go find it.  Someone did a big article on us,
            one of the big companies that we are the most up and

31

coming product in wounds in the country. It's an independent report from Medical Journal. I haven't seen it yet. We had to buy it to get the report cause it's a and this doctor from Harvard said have you all seen it. You guys are the number 1 rated or UI hottest spot in, in wounds today.

CW:         Hmm.

SH:         Now that's powerful, if you're going to run a program.

CW:         Right.

SH:         And Cathy (PH) is supposed to get it to me by tomorrow and I'll get it over to you but where I'm in the box right now, is I don't know where you know everybody's kinda saying ok where do we get this short term $250,000 to short my inventory so that I can get it back and make up the difference with Steve and that's kinda where Steve said let's have a talk to (laughs) Richard and I don't want to talk to these guys about the situation of what we've done. Nobody knows we didn't do a fraud. I kept that...

CW:         Right, right. That's the way it should be.

SH:         Yeah and that's why I said well you know when John said I know Steve and Steve said well I know Richard, I said well you know I hate getting in the middle of where people know each other...

CW:         Hmm, hmm.

SH:         ...I didn't, I didn't, I didn't want to tell these guys that cause I don't know your relationship with Steve and of course ah you know he said he was a real good friend of yours and I didn't, I hate talking with these guys about money situations when they're out here saying ok we gotta get Scott situation done. And, and everybody keeps trying to squeeze me and trying to get into my gaming operation because they know that's where the cash is because they think you know I, I, I've been, I've got a small set back. And um...

CW:         Well...

SH:         ...and that's the story.  But I don't, I think Steve
            can do my personal opinion is I don't think Steve can
            do anything.  He said he paid these guys $17,000 in
            cash to do all this buying.  I don't, I haven't seen
            the stock.  Somebody told me they traded 180 shares
            today and that was it.

CW:         It was something like that.  I, I, I, I how, how come
            Steve hasn't put this on, up on his websites.

SH:         (sighs)  Don't know.

CW:         Ok you know

            SC

CW:         You're right in that this you know certainly is
            happening at a bad time.  Um you know and I'm gonna
            be back in Florida um you know Thursday afternoon.
            There's a slight, slight chance I'll be back on
            Wednesday and it kinda depends on, on our pilot who
            is bringing, bringing the plane to Boston but he might
            not be bringing it til, til Wednesday night and then
            come over from Boston to pick me up.  Um (sighs) so
            you, you gotta figure you know I'm, I'm on Thursday
            you know Thursday before I get back.  There are some
            things I can do over the phone.  There are certain
            things that I can say over phone and certain things
            that quite frankly I'm not comfortable saying on, on
            the phone.

SH:         I totally, totally understand.

CW:         And, and um what I want to do is sit down with, with
            Steve Koifman and, and get this worked out because
            there are some certain things that, that he should
            be doing that, that um you know I can help him with
            and then what I would really like to do is sit down
            me, you and Steve sit down and, and bounce around
            certain ideas on how to get this done which would
            include my participation along with my guy, my broker
            who like I said I will be the conduit and take care
            of.  Um and he will in essence help Steve and help

kick off Steve.  Um and it, it will be a win, win, win situation you and your people will get out of your stock.  He will be able to liquidate some of his stock and, and my guy will make a few dollars.  And most important it's gonna bring eye balls to your stock because it's gonna bring some volume into your stock.  Um but we can't UI...

SH:     And you realize this with no liquidity, everybody looks at me and says this is stock that doesn't trade.  It, it we don't care how valuable the company is or we understand ones but you know people look at bulletin boards.  You don't trade you can't go make your deals and this is let me tell you where it really killed me.  I had another group lined up that was going it, it was a friend of John I tell ya, that if this thing had just done what Steve and they saw that we were moving.  It wasn't about me getting any my guys, it was about having 10, 12, 15,000 shares just moving along showing that there was news.  There was announcements to where hey ok these guys have got activities, it wasn't even a matter of how far the price went up.

CW:     Understand.

SH:     I got shot down a $1 M financing was one of my other finance sources that had basically, I had worked out and he thinks I'm full of shit right now so.  Every where I went I got no short term cash and I've got a stock that I interrupted you on that side so go ahead and let me finish.

CW:     Who, who is John by the way?

SH:     John had worked with me on some other stuff that um he's, he had worked with me on the gaming stuff and he had met me at a conference um related to Wound Care.  John is just a ah, ah friend of mine that uh has done some stuff on the gaming side...

CW:     Ok, ok.

SH:     ...and knows all the gaming guys but he, he knows I got burnt by these stock loan people because he works

34

with another group uh not he doesn't work with them he works with ah a couple other technology groups mostly on the private side um and is in the gaming and hospitality side.  That's how John and the guys know John.  He knew the guys that burnt me on the stock loan and uh he actually is how whoever introduced me to Steve.

CW:          I gotcha ok but he...

SH:          Ok...

CW:          ...is he, is he a stock guy?

SH:          No he's not a stock guy at all.

CW:          Ok fine ok gotcha.

SH:          So he's a gaming guy.

CW:          Got it ok I just want to know who all the players are ok.

SH:          No John has no value other than he's trying desperately to get me my $250,000 short bridge loan so I don't, so I make these inventory requirements and UI solve my other problem myself.

CW:          Ok look you know I'm in the money game.  I'm in the stock game primarily and I'm in you know which therefore translates in, in, into the money game and, and you know when, when I spoke to Bauer this morning he said you know, you know you, you, you a quarter of a million dollars you know can I get you a quarter of a million dollars quick, quick, quick, quick, quick and you know you put collateral.  I said, I said Steve that's all well and good I said you know quite frankly this stage of life that I'm, that I'm at I don't I'm not enthraled with giving out big chunks of money.  Everything I go into now is pretty much a sure thing.  For example, if I tell you that I'm gonna get you some buying into your stock and it's gonna costs you x number of shares of stock to do it I know going in I'm gonna make some money and how much, pretty much how I'm, how much I'm gonna make with very

little risk.  The only risk I have is, is you know somebody in the middle of the night knocking on my doors saying you're not suppose to do this.  Ok.

SH:         Perfect.

CW:         That's huh that's my risk.  Um you know I again I, I, I try to risk as little money as possible.  And, and what I bring to the table aside from being able to write the check is the fact that I know a lot of people that can get things done and get things done quietly and know the game.  (sighs) Um and so in order for me to, to, to, to do a loan for a quarter of a million dollars $300,000 it's a short term fix but it doesn't happen quickly because you know things, things have got to be signed, collateral's got to be put up etc., etc.  Um...

SH:         And, and this is my issue is it's not it's, it's not like I, I yeah you would like to have it tomorrow. They make it so I you know I keep pressure on these guys.  They make it sound like I needed it tomorrow. Ok they don't they don't know you know it's not so much it's know that you got it coming so I can sure up the other stuff because I understand all that I've done enough loans myself and borrowed and loaned people money that you know nothing happens tomorrow you just don't turn around and call up a guy and say hey I need you to wire me $250,000...

CW:         Right.

SH:         ...you mind, you mind and you know the only difference or you and I would set that's why we have to have a phone conversation.  You, you know that I you know, you know I have a relationship where I, I have a source of money that I can always sign and you know have the assets to turn around but you still gotta paper it and deliver some stuff I mean.

CW:         Agreed.

SH:         Those are things that I have to do.  I mean and one of the things is if you we're a candidate for the short term you and I can turn around deliver you the 150,000

shares it to you know have them in Florida by Thursday and say ok here they're already medallion guaranteed you know you can get out.  (laughs)

CW:     Hmm.

SH:     You know you can create your own situation where as you know there ways that if something went wrong or this thing didn't work and then and you also know that Rob's gotta, got it got the program in place for his side.  So you know there's cash to come back that you're not gonna get stunned.

CW:     Agree.

SH:     That's the different side.  So...

CW:     Hmm.

SH:     ...and you know and I can you know the issue is and that's why I said it even if I need to start paying daily on cash the issue where I didn't really want to have a conversation with these guys and I really don't even want how this conversation is what with these guys after the fact.  (laughs)  This is just tween, I think you and I agree...

CW:     Hmm.

SH:     I don't need these guys in our business where I'm going forward.  That's why I had called you, it's a small world but I don't think we want everybody to know what we're doing.

CW:     Absolutely not.

SH:     I've been burnt too many times.

CW:     Correct but, but...

SH:     I'd even tell them that you did the loan for me, if I just...

CW:     ...and, and, and, and...

SH:      UI

CW:     ...right and, and, and, and they don't need to know that and we're not gonna discuss that...

SH:      No,

CW:     ...but it is going to be important.  In order for this to work it is going to be important because Koifman has, has your stock.  Um I need to get my other guy involved also and I need for them to work together. It's, it's for me to kinda coordinate it you know I'll take your ideas, I'll take Steve ideas.  I'll coordinate it and we'll get this done.  It's just that I'm not gonna be back until Thursday.

SH:      Well let me ask you a question.

CW:     Yeah.

SH:      Ok Steve is, is, is a wild card.  Steve knows that he's got some relationships that if he doesn't, that he basically cannot perform he has to give back all the stock...

CW:     Hmm.

SH:      ...100% of the stock.  Ok and I'm kinda stuck in the position that if he's not going to perform and I'm going down the path of you and he cannot perform then if you're doing all the work and his in a position that he's got not value here, why should he have the stock to give UI.

CW:     I, I, I, I hear what you're saying and I truly understand your word...

SH:      And that's not UI.

CW:     ...but...

SH:      ...that's something I have to trust with you to tell me what's, what to do here.

CW:     I believe...

(tape ends, UI conversation on side B)